# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA



FILED BY

00 FEB 14 PM 2: 49

CLARENCE HADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

MELVYN D. TAYLOR

        Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE CO., and UNUM LIFE
INSURANCE COMPANY OF
AMERICA

        Defendants.

_____/

CASE NO.   00-06208-CIV-DAVIS

MAGISTRATE JUDGE BROWN

### NOTICE OF FILING NOTICE OF REMOVAL IN STATE COURT

TO:    Clerk of the Court
       U.S. District Courthouse
       301 North Miami Avenue
       Miami, Florida 33130

PLEASE TAKE NOTICE that defendants, PROVIDENT LIFE AND ACCIDENT

INSURANCE CO. and UNUM LIFE INSURANCE COMPANY OF AMERICA, have this date

filed in the Clerk's Office of the Circuit Court for the Seventeenth Judicial Circuit, Broward County,

Florida, a copy of the Notice of Removal filed in this Court. A copy of the Notice of Filing is

attached hereto.

           SHUTTS & BOWEN LLP
           Attorneys for Defendants
           201 S. Biscayne Boulevard
           1500 Miami Center
           Miami, Florida 33131
           (305) 358-6300

           By: _____

             John E. Meagher
             Florida Bar No. 511099
             Jeffrey M. Landau
             Florida Bar No. 863777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14th day of February, 2000, to: Walter G. Campbell, Esq., Krupnick, Campbell, Malone et al., 700 S. E. Third Avenue, Courthouse Law Plaza, Suite 100, Fort Lauderdale, FL 33316.

Of Counsel

MIADOCS 319112.1 TDW

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

MELVYN D. TAYLOR,                                    CASE NO. 00-00445 CACE 12

     Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY, and UNUM
LIFE INSURANCE COMPANY OF
AMERICA,

     Defendants.

_____/

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Clerk of the Circuit Court
      Broward County Courthouse
      201 S.E. 6th Street
      Ft. Lauderdale, Florida  33301

PLEASE TAKE NOTICE that defendants, PROVIDENT LIFE AND ACCIDENT

INSURANCE COMPANY and UNUM LIFE INSURANCE COMPANY OF AMERICA, have filed

this date their Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of

the United States District Court for the Southern District of Florida, Miami Division.

SHUTTS & BOWEN LLP
Attorneys for Defendants
201 S. Biscayne Boulevard
1500 Miami Center
Miami, Florida  33131
(305) 358-6300

By: _____
John E. Meagher
Florida Bar No.  511099
Jeffrey M. Landau
Florida Bar No. 863777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11TH day

of February, 2000 to Walter Campbell, Esq., Krupnick, Campbell, et al., 700 S.E. 3rd Avenue,

Suite 100, Ft. Lauderdale, FL 33316.

Of Counsel

MIADOCS 319108.1 TDW

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MELVYN D. TAYLOR

       Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE CO., and UNUM LIFE
INSURANCE COMPANY OF
AMERICA

       Defendants.

_____/

CASE NO.

MAGISTRATE JUDGE
BROWN

**NOTICE OF REMOVAL**

       Defendants, Provident Life and Accident Insurance Co. ("Provident"), and UNUM Life Insurance Company of America ("UNUM"), hereby jointly file this Notice of Removal of the above-captioned cause from the Circuit Court of the Seventeenth Judicial Circuit of the State of Florida, in and for Broward County, in which Court the action is now pending, to the United States District Court for the Southern District of Florida, and states:

       1.       Suit was commenced against Provident and UNUM in the Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida, Civil Division, entitled Melvyn Taylor v. Provident Life and Accident Insurance Co. and UNUM Life Insurance Company of America, Case No. 00-0445 CA 12.  The Insurance Commissioner served Provident by mail with the Summons and Complaint on or about January 14, 2000, being first received by Provident thereafter. As of this date, UNUM is unaware of receipt of service of process.

2.      The Notice of Removal is timely filed within the period prescribed by 28 U.S.C. § 1446(b), in that it is filed within thirty days after receipt by Provident of notice of the initial pleading setting forth the claim for relief upon which the action is based.

3.      This Court has original jurisdiction under the provisions of 28 U.S.C. §1331, and this matter is one which may be removed to this Court by Provident and UNUM pursuant to the provisions of 28 U.S.C. §1441, in that the complaint is a civil action of which the district courts have original jurisdiction founded on a claim or right arising under the laws of the United States.

4.      The allegations of the Complaint are founded under disability insurance policies issued by Provident and UNUM.  The policies were provided to certain employees of the dental practice in which plaintiff Melvyn Taylor ("Taylor") worked.   Taylor's policies were issued to certain employees through a plan established, maintained, or endorsed by the dental practice. Applications to three of the Provident policies contain "yes" answers to the question: "Will your employer pay for all disability coverage to be carried by you with no portion of the premium to be included in your taxable income?" The fourth Provident policy contains a "yes" answer by Taylor to the question: "Will your employer pay for all Accident and Sickness disability coverage to be carried by you?"  In addition, an agreement was entered into between Provident and Taylor's employer that provided that Provident would bill premiums to Taylor's employer for his policies. Moreover, Taylor's UNUM policy application was amended to state that "All rights and benefits under the Policy are reserved to the Insured, except that it is hereby agreed that premiums will be payable by the Insured's Employer, under an employee accident or health plan . . . ." Accordingly, based on the foregoing, the policies at issue in this case are exclusively regulated by the Employee Retirement Income Security Act of 1974 ("ERISA").  29 U.S.C. § 1001, et seq.

- 2 -

5.    Because the Complaint involves an ERISA claim, removal is proper under 28 U.S.C.

§ 1441, even though ERISA does not appear on the face of the Complaint. See Metropolitan Life

Insurance Co. v. Taylor, 481 U.S. 58, 107 S.Ct. 1542, 95 L.Ed.2d 55 (1987).  ERISA has been held

by the Supreme Court to preempt all state law causes of action and to provide a federal forum for

actions such as the one herein.  Pilot Life Insurance Co. v. Dedeaux, 481 U.S. 41, 107 S.Ct. 1549

(1987).

6.    Copies of all process, pleadings and orders served upon Provident in this case are

attached to this Notice of Removal.

7.    A copy of this Notice of Removal will be filed concurrently in the Circuit Court of

the Seventeenth Judicial Circuit, in and for Broward County Florida.

WHEREFORE, defendants, Provident Life and Accident Insurance Company and UNUM

Life Insurance Company of America, hereby jointly file this Notice of Removal, and pray that the

above action now pending against them in the Circuit Court in and for Broward County, Florida, be

removed therefrom to this Court.

Respectfully submitted,

**SHUTTS & BOWEN LLP**
Attorneys for Defendants
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida  33131
(305) 358-6300
(305) 381-9982 - Telecopier

By: _____
John R. Meagher
Florida Bar No. 511099
Jeffrey M. Landau
Florida Bar No. 863777

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this

11th day of February, 2000, to: Walter G. Campbell, Esq., Krupnick, Campbell, Malone et al.,

700 S. E. Third Avenue, Courthouse Law Plaza, Suite 100, Fort Lauderdale, FL 33316.

_____
Of Counsel

MIADOCS 318621.1

- 4 -