UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____D.C.

2000 MAR 13 AM 9:15

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO.: 00-06208 CIV-DAVIS

MELVYN D. TAYLOR,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY and UNUM
LIFE INSURANCE COMPANY OF
AMERICA,

    Defendants.

_____/

### AFFIDAVIT OF MELVYN D. TAYLOR

COUNTY OF BROWARD)
                      S.S.
STATE OF FLORIDA )

    PERSONALLY APPEARED before me, the undersigned authority, MELVYN D. TAYLOR, who, after being duly sworn, deposes and says:

    1. My name is Melvyn D. Taylor, D. D. S.

    2. I have personal knowledge as to the content of this Affidavit and I am over the age of 18 years.

    3. In 1972, I purchased policy #LA N505951 from UNUM LIFE INSURANCE COMPANY OF AMERICA. At the time I purchased the disability policy, I was the sole employee of my professional association covered by that disability policy.



4. In 1982, I purchased policy # 6 334 548 958 from PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY. At the time I purchased the disability policy, I was the sole employee of my professional association covered by that disability policy.

5. In 1988 I purchased policy No. 6 335 836766 from PROVIDENT LIFE INSURANCE COMPANY. I was the sole person employed by my professional association covered by that disability policy.

6. In 1990 I purchased policy No. 6 337 5023645 from PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY. I was the sole person employed by my professional association covered by that disability policy.

7. In 1990 I also purchased policy No. 6 337 5031731 from PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY. I was the sole person employed by my professional association covered under that disability policy.

8. All of the premiums for all of these disability policies other than policy # 6 334 548 958 were paid directly by myself through a personal checking account.

9. Some of the premiums for disability policy # 6 334 548 958 were paid through my professional association checking account but I would reimburse my professional association for those payments.

FURTHER AFFIANT SAYETH NAUGHT.

_____(SEAL)
MELVYN D. TAYLOR, D.D.S.

STATE OF FLORIDA

COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this _9th_ day of March 2000, by MELVYN D. TAYLOR, D.D.S. who is personally known to me and who did an oath.

_____
(Signature of notary)


_____
(Type, print or stamp name of Notary)

Jane E. Frew
MY COMMISSION # CC696224 EXPIRES
March 4, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

_____
(Title or rank)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this 9 of March, 2000 to:

JOHN E. MEAGHER, ESQ. and JEFFREY M. LANDAU, ESQ.
SHUTTS & BOWEN LLP, Attorneys for Defendants
201 South Biscayne Blvd., 1500 Miami Center
Miami, Florida 33131 (305) 358-6300; FAX (305) 381-9982

KRUPNICK, CAMPBELL, MALONE, ROSELLI,
BUSER, SLAMA, HANCOCK, McNELIS
LIBERMAN & McKEE, P.A.
Attorney for Plaintiff
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida 33316
(954) 763-8181

BY: _____
WALTER G. CAMPBELL, JR., ESQUIRE
Florida Bar No.: 161009