UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED BY

00 MAR 15 PM 2:51

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

MELVYN D. TAYLOR

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE CO., and UNUM LIFE
INSURANCE COMPANY OF
AMERICA

    Defendants.
_____/

CASE NO. 00-06208-CIV-DAVIS

Magistrate Judge Brown

**DEFENDANTS' MOTION FOR
ENLARGEMENT OF TIME**

    Defendants, **PROVIDENT LIFE and ACCIDENT INSURANCE CO.** and **UNUM LIFE INSURANCE COMPANY OF AMERICA** ("Defendants"), move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a brief enlargement of time in which to file their reply memorandum in support of their Motion to Dismiss the Complaint filed by plaintiff MELVYN D. TAYLOR ("Taylor"). The grounds for this motion are:

    1.    Under the applicable Local Rules, Defendants' reply memorandum in support of their Motion to Dismiss would be due on or about Friday, March 17, 2000.

    2.    Taylor's memorandum in opposition to the Motion to Dismiss is predicated in part on an Affidavit he filed in support of his Motion for Remand, also served March 9, 2000. Defendants' response to the remand motion is due March 24, 2000.

    3.    Because the issues raised by Taylor in opposition to the Motion to Dismiss are the same as those raised in the remand motion, Defendants seek a brief enlargement of time in which

to file their reply memorandum in support of the Motion to Dismiss until March 24, 2000, the same date as their response to the Motion for Remand.

4. Accordingly, Defendants respectfully request a brief enlargement of time up to and including Friday, March 24, 2000, in which to serve their reply memorandum in support of their Motion to Dismiss.

5. This motion is not filed for purposes of delay and no party will be prejudiced by the granting of this brief enlargement of time.

6. Defendants have not previously sought an enlargement of time with respect to the reply memorandum.

7. Pursuant to Local Rule 7.1.A.3, counsel for Defendants certifies that they have conferred with counsel for Taylor with respect to the relief requested, and states that counsel for Taylor agrees to the granting of the enlargement of time.

WHEREFORE, good cause having been shown, Defendants respectfully request that the Court grant this motion and enter an order enlarging the time in which they may serve their reply memorandum in support of their Motion to Dismiss, together with such other and further relief as the Court deems just and equitable.

## MEMORANDUM OF LAW

This Court has authority to grant an enlargement of time for good cause under Rule 6(b), Federal Rules of Civil Procedure. In the circumstances elaborated, good cause has been shown for the requested enlargement, which will not result in prejudice to any party. As stated in Moore's Federal Practice, § 6.08, at 6-84-88: "In accordance with the mandate of Rule 1, that the Rules should be construed to secure the just, speedy and inexpensive determination of every action, the courts generally have given Rule 6(b) a liberal interpretation in order to work substantial justice."

See also Hoffman v. Kennedy, 30 F.R.D. 50, 51 (E.D. Pa. 1962). In the aforementioned circumstances, good cause has been shown. Accordingly, this Court should grant the motion for an enlargement of time.

Respectfully submitted,

**SHUTTS & BOWEN LLP**
Attorneys for Defendants
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
Telephone: (305) 358-6300
Telecopier: (305) 381-9982

By: _____
John E. Meagher
Florida Bar No. 511099
Jeffrey M. Landau
Florida Bar No. 863777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15th day of March, 2000 to: Walter G. Campbell, Esq., Krupnick, Campbell, Malone et al., 700 S. E. Third Avenue, Courthouse Law Plaza, Suite 100, Fort Lauderdale, FL 33316.

_____
Of Counsel