UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MELVYN D. TAYLOR

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE CO., and UNUM LIFE
INSURANCE COMPANY OF
AMERICA

    Defendants.
_____/

CASE NO. 00-06208-CIV-DAVIS

Magistrate Judge Brown

**ORDER**

FILED by _____ D.C.

MAR 1 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS MATTER came before the Court on Defendants' Motion for Enlargement of Time, and the Court having reviewed the file and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED:

That the Motion is GRANTED. Defendants PROVIDENT LIFE and ACCIDENT INSURANCE CO., and UNUM LIFE INSURANCE COMPANY OF AMERICA shall have an enlargement of time up to and including, Friday, March 24, 2000, in which to serve a reply memorandum in support of their Motion to Dismiss.

DONE AND ORDERED, in Chambers at Miami, Florida, this 16th day of March, 2000.

_____
U.S. DISTRICT COURT JUDGE

CC: Counsel of Record

