
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-06208-CIV-DAVIS

MELVYN D. TAYLOR

      Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE CO., and UNUM LIFE
INSURANCE COMPANY OF
AMERICA

      Defendants.
_____/



## DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendants, Provident Life and Accident Insurance Co. ("Provident"), and UNUM Life Insurance Company of America ("UNUM") (collectively, "Defendants"), hereby jointly file their reply memorandum in support of their Motion to Dismiss the Complaint filed by Plaintiff Melvyn Taylor ("Taylor"). Taylor sued Provident and UNUM in Circuit Court, Broward County, Florida, asserting common law breach of contract actions related to various disability insurance policies issued by Provident and UNUM. Defendants removed the case to this Court and then moved to dismiss the Complaint on the grounds that the Provident and UNUM insurance policies at issue in this case are regulated by the Employee Retirement Income Security Act of 1974 ("ERISA"). 29 U.S.C. § 1001, et seq. Taylor has moved to remand the action to state court and has also filed a memorandum in opposition to the Motion to Dismiss.

In his opposition memorandum, Taylor does not dispute that if the policies are governed by ERISA, then the Motion to Dismiss must be granted. If that were to occur, Taylor could then attempt to reframe his Complaint under ERISA. Rather than argue the merits of the Motion to Dismiss, however, Taylor's opposition memorandum reargues factual issues raised in his Motion for Remand and his affidavit filed concurrently with that motion. In essence then, if this matter is properly before this Court – i.e., if any of the five disability insurance policies are governed by ERISA – then the Motion to Dismiss should be granted as to those policies. Because Taylor's opposition memorandum to the Motion to Dismiss simply mirrors his remand motion, rather than here respond in full to that memorandum, in the interest of judicial economy, Provident and UNUM incorporate herein by reference their Memorandum in Opposition to the Motion for Remand filed by Taylor. Because, as demonstrated in that memorandum, the four Provident policies and the UNUM policy are governed by ERISA, this Court must retain jurisdiction over this action and grant the Motion to Dismiss.

## CONCLUSION

For the foregoing reasons and those set forth in its Motion to Dismiss and in their Memorandum in Opposition to Taylor's Motion for Remand, defendants, Provident Life and Accident Insurance Company and UNUM Life Insurance Company of America, respectfully request that the Court grant the motion to dismiss, and grant Defendants such other and further relief as the Court deems equitable and just.

Respectfully submitted,

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

SHUTTS & BOWEN LLP
Attorneys for Defendants
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 358-6300
(305) 381-9982 - Telecopier

By: _____
John E. Meagher
Florida Bar No. 511099
Jeffrey M. Landau
Florida Bar No. 863777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 24TH day of March, 2000, to: Walter G. Campbell, Esq., Krupnick, Campbell, Malone et al., 700 S. E. Third Avenue, Courthouse Law Plaza, Suite 100, Fort Lauderdale, FL 33316.

_____
Of Counsel

MIADOCS 328727.1 JML

- 3 -