UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-06208 CIV-DAVIS

MELVYN D. TAYLOR,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY and UNUM
LIFE INSURANCE COMPANY OF
AMERICA,

    Defendants.

_____/

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR REMAND

THE PLAINTIFF, MELVYN D. TAYLOR, by and through the undersigned attorney, files this Motion for an extension of time to file his reply to Defendant's Response to Plaintiff's Motion for Remand and for grounds therefore states:

1. Defendant filed its Response to Plaintiff's Motion for Remand on March 24, 2000.

2. That due to Plaintiff's attorney other responsibilities and due to the fact that the Plaintiff has been out of town, an extension to reply to Defendant's Response to Plaintiff's Motion for Remand is necessary until April 10, 2000.

3. Counsel for Plaintiff has contacted counsel for Defendant and is authorized to represent that Defendant's counsel has no objection to this extension of time requested by the Plaintiff.

NON-COMPLIANCE OF S.D. Fla. L.R. 11A4



WHEREFORE, Plaintiff requests this Court to enter an Order extending the time within which to file his Reply to Defendant's Response to Plaintiff's Motion for Remand up to and including April 10, 2000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this _3_ of ~~February~~ APRIL, 2000 to:

JOHN E. MEAGHER, ESQ. and JEFFREY M. LANDAU, ESQ.
SHUTTS & BOWEN LLP, Attorneys for Defendants
201 South Biscayne Blvd., 1500 Miami Center
Miami, Florida 33131 (305) 358-6300; FAX (305) 381-9982

> KRUPNICK, CAMPBELL, MALONE, ROSELLI,
> BUSER, SLAMA, HANCOCK, McNELIS
> LIBERMAN & McKEE, P.A.
> Attorney for Plaintiff
> 700 Southeast Third Avenue
> Courthouse Law Plaza, Suite 100
> Fort Lauderdale, Florida 33316
> (954) 763-8181
>
> BY: _____
> WALTER G. CAMPBELL, JR., ESQUIRE
> Florida Bar No.: 161009