UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MELVYN D. TAYLOR                                CASE NO. 00-06208-CIV-DAVIS

        Plaintiff,                             Magistrate Judge Brown
vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE CO., and UNUM LIFE
INSURANCE COMPANY OF
AMERICA

        Defendants.
_____/



## NOTICE OF ABSENCE

The undersigned attorney for defendant shall be absent from the district/state of Florida from August 21, 2000 through August 25, 2000 and September 22, 2000 through September 25, 2000, and respectfully requests that no hearings or depositions be scheduled during this time; no motions, notices to produce, interrogatories or other pleadings be filed which require a timely response during this time; and that all pending matters remain in status quo during this time.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time, and/or a protective order as appropriately required for the above reasons.

                                  SHUTTS & BOWEN LLP
                                  Counsel for Defendant
                                  1500 Miami Center
                                  201 S. Biscayne Boulevard
                                  Miami, FL 33131
                                  (305) 358-6300 Telephone
                                  (305) 381-9982 Facsimile

                                By_____
                                    Jeffrey M. Landau
                                    Florida Bar No. 863777

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 6th day of April, 2000 to Walter G. Campbell, Esq., Krupnick, Campbell, Malone et al., 700 S. E. Third Avenue, Courthouse Law Plaza, Suite 100, Fort Lauderdale, FL 33316.

_____
Of Counsel

MIADOCS 332242 1 TDW

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358 6300