UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  00-06208   CIV-DAVIS

MELVYN D. TAYLOR,

       Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY and UNUM
LIFE INSURANCE COMPANY OF
AMERICA,

       Defendants.

_____/

## PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND

    Plaintiff, MELVYN D. TAYLOR, by and through his undersigned attorneys, hereby files this Reply In Support of Plaintiff's Motion's For Remand and states as follows:

### I. DEFENDANTS' DOCUMENTS

    1.    Defendants have filed a Memorandum In Opposition To Plaintiff's Motion for Remand which attaches a number of documents which Defendants contend support its removal of this case.

    2.    However, upon close inspection, these documents do not support Defendants' contentions that Plaintiff's individual disability policy is governed by the Employee Retirement Income Security Act of 1974 (ERISA).

    3.    First, as indicated in Plaintiff's Memorandum and attachments, there are only



four Provident policies at issue here. The first of those policies was issued as an individual disability policy to the Plaintiff on December 27, 1982. Exhibit D, page 3.

4.      Exhibit E to Defendant's Memorandum, which Defendants argue supports its contention that Plaintiff's disability policy is governed by ERISA, was signed on February 16, 1976 and therefore has little, if any, relevance to the Provident policies in question.

5.      Defendants claim that Exhibit F to their Memorandum is a Salary Allotment Agreement entered into by Rosenbaum and Taylor P. A. covering three other employees for a Provident disability insurance. However, in looking at the documents, it indicates that it is a "NEW PLAN" and not a Salary Allotment Plan (S/A Plan) but instead "10/12 Plan". Moreover, it indicates that there are only two applicants for this "NEW PLAN". There is no indication whether or not the "10/12/ Plan" covers disability insurance or other types of insurance. Finally, there is no indication of the date that the document was completed.

6.      As to Exhibit G, it is difficult to interpret but does not, in any event, appear to support Defendants' contention that Plaintiff, MELVYN D. TAYLOR's  individual disability plan is governed by ERISA. First, it would appear that document G page 1 is a bill for the month of July 1982 as well as past due bill for the previous month, June. The June bill appears to bill Dr. Taylor for the only policy he had in place at the time, Policy No. 334 548958. It also billed him for an additional policy which is a much smaller premium, perhaps for health insurance. The June billing also bills Dr. Rosenbaum apparently for his disability policy and also a much smaller policy. Finally, the June bill indicates a premium due for Marion (sp) Leistner.  Again, the premium for this policy is very small and the document does not indicate what type of policy it applies to, but it does not appear to be a disability policy.

7.      The July portion of the bill once again bills Dr. Melvyn Taylor for his disability

2

policy and the additional policy, as well as Dr. Rosenbaum for his disability policy and an additional policy. The stamp indicating that the bill was paid is only for the July bill which does not include any payment for the Leistner unidentified policy.

8.    Exhibit G pages 3 and 4 are bills for Dr. Rosenbaum and Dr. Taylor's individual disability policies for August and September 1991.

9.    Exhibit G pages 6 and 7 again show billings for Dr. Rosenbaum and Dr. Taylor's individual disability policies.

10.    Finally, as to Exhibit I, the insured indicated in his application that he was self-employed and therefore where it indicates that his employer would made payments for the policies, it is merely indicating that Dr. Taylor himself will make the payments on the policy.

## II. REMOVAL/REMAND

Remand is sought, pursuant to 28 U.S.C. § 1447(c), in that Plaintiffs' claims are not preempted by ERISA § 502 ,(29 U.S.C. § 1132(a)(1)(B)). There is a presumption against ERISA-preemption. Ward v. Alternative Health Delivery Sys. Inc;, 55 F.Supp.2d 694 (1999). Further, a removal petition must be strictly construed, with all doubts resolved against removal. Her Majesty The Queen v. City of Detroit, 874 F.2d 332, 339 (6th Cir. 1989).

## III. PLAINTIFF'S INDIVIDUAL DISABILITY POLICIES ARE NOT AN ERISA PLAN

Defendants argue that the holding in Slamen v. Paul Revere Life Insurance Company, 166 F.3d 1102 (11th Cir. 1999) does not apply because other "employees" were covered by Dr. Taylor's "Plan". First there is no evidence in the record that any of the other policies issued by PROVIDENT, as reflected in the billing records, are for disability

policies.  Moreover, the only billing that indicates that it would be for another disability policy is for Dr. Rosenbaum who was not an employee of Rosenbaum and Taylor. Instead, he was one of the owner's of the practice and thus, like Dr. Taylor and Dr. Slamen, he cannot be an employee for ERISA purposes.  Thus, under all the record evidence, the only persons covered by disability policies were owners not employees. Furthermore, it is still not disputed, that Dr. Taylor purchased individual disability policies. He made payments for these individual disability policies from either his own P.A. account, Dr. Melvyn D. Taylor, D. D. S., P. A., his home account with his wife, or out of direct payment from his personal bank account  (See composite Exhibit A attached hereto).

Furthermore, under Slamen, it is clear that the fact that where a sole proprietor pays his premiums through his sole proprietorship or partnership, this does not prevent the policy from being an non ERISA policy.  Instead, in those cases, since the sole proprietor or owner cannot be an employer, payments made by the "employer" are actually payments by the owner and thus do not trigger ERISA preemption.  Thus, all of the comments made by Defendants in its Memorandum regarding payments by insured's "employer" are misplaced.

Finally, Defendants' reliance upon this Court's previous order in Jaffe v. Provident Life and Accident Insurance Company, Case No: 99-6302-CIV-Davis is puzzling.  This Court's holding in Jaffee is in accord with the facts herein.  To-wit, so long as only owners are covered by a policy, the fact that there is more than one owner does not make the policy an ERISA policy.  Further, the Jaffe opinion demonstrates that the defendant bears the burden of proof on the issue of ERISA preemption.  Thus, the Defendants bear the burden of proving that the billing statements indicate that other policies covered employees as opposed to owners.  As in Jaffe, the Defendants in this case, have failed to

4

establish that fact.

In summary, Plaintiff, a self-employed dentist, who operated his business as a

P. A. along with another self-employed dentist purchased an individual disability policy

plan which is not governed by ERISA. As such, Plaintiff's Motion For Remand should be

granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this 12th of April, 2000 to:

JOHN E. MEAGHER, ESQ. and JEFFREY M. LANDAU, ESQ.
SHUTTS & BOWEN LLP, Attorneys for Defendants
201 South Biscayne Blvd., 1500 Miami Center
Miami, Florida 33131 (305) 358-6300; FAX (305) 381-9982

KRUPNICK, CAMPBELL, MALONE, ROSELLI,
BUSER, SLAMA, HANCOCK, McNELIS
LIBERMAN & McKEE, P.A.
Attorney for Plaintiff
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida 33316
(954) 763-8181

BY: _____
WALTER G. CAMPBELL, JR., ESQUIRE
Florida Bar No.: 161009

**VYN D. TAYLOR, D.D.S., P.A.**
PHONE 772-3600
3037 EAST COMMERCIAL BLVD.
FORT LAUDERDALE, FL 33308

Nº 1937

63-607
670

PROCESSED

1-7 1986

PAY TO THE ORDER OF  Provident Life + Accident          $ 291.50

two hundred & ninety one 50/100                          DOLLARS

**Sun Bank/South Florida, N.A.**
P.O. Box 5100
Fort Lauderdale, Florida 33310

FOR # 06 BE + 06334

⑈0000193711⑈ ⑆067006076⑆ 404651260⑈        ⑈000029150⑈

---

**MELVYN D. TAYLOR, D.D.S., P.A.**
PHONE 772-3600
3037 EAST COMMERCIAL BLVD.
FORT LAUDERDALE, FL 33308

Nº 1986

63-607
670

1-23 1986

PAY TO THE ORDER OF  Provident Life + Accident          $ 291.50

two hundred & ninety one 50/100                          DOLLARS

**Sun Bank/South Florida, N.A.**
P.O. Box 5100
Fort Lauderdale, Florida 33310

FOR # 526300 + 548958

⑈0001986⑈ ⑆067006076⑆ 404651260⑈        ⑈000029150⑈

---

**MELVYN D. TAYLOR, D.D.S., P.A.**
PHONE 772-3600
3037 EAST COMMERCIAL BLVD.
FORT LAUDERDALE, FL 33308

2131

63-607
670

3-8 1986

PAY TO THE ORDER OF  Provident Life + Accident          $ 291.50

two hundred + ninety one 50/100                          DOLLARS

**Sun Bank/South Florida, N.A.**
Lauderdale Lakes Office  404
3649 W. Oakland Park Boulevard
Lauderdale Lakes, FL 33311

FOR 526300 + 548958

⑈002131⑈ ⑆067006076⑆040400651260⑈        ⑈000029150⑈



PAY TO THE ORDER OF ANY
BANK OR BANKER FOR DEPOSIT
ONLY PROVIDENT NAT'L BANK
ACCIDENT INSULANCE CO

FRNC 63-10

PEG
061000148
04-24-86   157497195

PAY TO THE ORDER
PAY ANY BANK PEG FRB MIAMI 63-10
FOR DEPOSIT
FRB MIAMI 63-10
PROVIDENT

PAY TO THE ORDER
PAY ANY BANK PEG FRB MIAMI 63-10
0660-0010-9 FRB MIAMI 63-10
2012 2013 04 07-05-86   119501444

PAY ANY BANK PEG
ATLANTA FRB   061000148
5061 5073 04 07-08-86   152029140

**MELVYN D. TAYLOR, D.D.S., P.A.**
PHONE 772-3600
3037 EAST COMMERCIAL BLVD.
FORT LAUDERDALE, FL 33308

2466

—PROCESSED— 028163427

7-29 19 86

63-607
670

PAY TO THE
ORDER OF  *Provident Life & Accident Ins Co*    $ 291.50

*two hundred + ninety one* 00/100    DOLLARS

**Sun Bank/South Florida, N.A.**
Lauderdale Lakes Office    404
3649 W. Oakland Park Boulevard
Lauderdale Lakes, FL 33311

FOR  # 526300 (+ 548958)    *Michele Taylor*

⑈002466⑈ ⑆067006076⑉ 040400651 1260⑈    ⑇0000029150⑈

---

**MELVYN D. TAYLOR, D.D.S., P.A.**
PHONE 772-3600
3037 EAST COMMERCIAL BLVD.
FORT LAUDERDALE, FL 33308

2514

—PROCESSED— 125185125

8-26 19 86

63-607
670

PAY TO THE
ORDER OF  *Provident Life + Accident*    $ 291.50

*two hundred + ninety one* 00/100    DOLLARS

**Sun Bank/South Florida, N.A.**
Lauderdale Lakes Office    404
3649 W. Oakland Park Boulevard
Lauderdale Lakes, FL 33311

FOR  # 526300 + 548958    *Michele Taylor*

⑈002514⑈ ⑆067006076⑉ 040400651 1260⑈    ⑇0000029150⑈

---

**MELVYN D. TAYLOR, D.D.S., P.A.**
PHONE 772-3600
3037 EAST COMMERCIAL BLVD.
FORT LAUDERDALE, FL 33308

2571

—PROCESSED— 030223782

9-18 19 86

63-607
670

PAY TO THE
ORDER OF  *Provident Life + Accident*    $ 291.50

*two hundred + ninety one* 00/100    DOLLARS

**Sun Bank/South Florida, N.A.**
Lauderdale Lakes Office    404
3649 W. Oakland Park Boulevard
Lauderdale Lakes, FL 33311

FOR  548958 + 526300    *Michele Taylor*

⑈002571⑈ ⑆067006076⑉ 040400651 1260⑈    ⑇0000029150⑈

PAY TO THE ORDER OF ANY BANK PEG FRB MIAMI 63-10
FRB MIAMI 0210-0010-9 FRB MIAMI 63-10
PAY FROM 3018 3018 04 08-07-86    114245698
ONLY PEG
ACCOUNT 100 IMB
PAY ANY BANK
ATLANTA FRB
5259 5270 04 08-08-86    125375724

PAY ANY BANK PEG FRB MIAMI
0660-0010-9 FRB MIAMI 63-10
3020 3024 04 09-08-86    15206024

PAY TO THE ORDER OF ANY
BANK'S W    OR DEPOSIT

   LIFE AND
ACCIDENT INSURANCE CO.

PAY ANY BANK PEG
ATLANTA FRB    061000148
5900 5901 04 09-30-86
PAY ANY BANK PEG FRB MIAMI
0660-0010-9 FRB MIAMI 63-
2010 2012 04 10-01-86



**MELVYN D. TAYLOR, D.D.S., P.A.**
PH. 772-3600
3037 EAST COMMERCIAL BLVD.
FORT LAUDERDALE, FL 33308

2745

---PROCESSED---

11-20 19 86

63-607
670

PAY TO THE
ORDER OF Provident Life & Accident    $ 291.50

two hundred & ninety one 50/100    DOLLARS

Sun Bank/South Florida, N.A.
Lauderdale Lakes Office    404
P.O. Box 5100
Ft. Lauderdale, FL 33310

FOR 548958 + 526300    Michele Taylor

⑈002745⑈ ⑆067006076⑆ 0404006511260⑈ ⑈000002 9150⑈

---

**MELVYN D. TAYLOR, D.D.S., P.A.**
PH. 772-3600
3037 EAST COMMERCIAL BLVD.
FORT LAUDERDALE, FL 33308

2808

---PROCESSED---

12-16 19 86

63-607
670

PAY TO THE
ORDER OF Provident Life & Accident    $ 291.50

two hundred & ninety one 50/100    DOLLARS

Sun Bank/South Florida, N.A.
Lauderdale Lakes Office    404
P.O. Box 5100
Ft. Lauderdale, FL 33310

FOR 548958 -- 526300    Michele Taylor

⑈002808⑈ ⑆067006076⑆ 0404006511260⑈ ⑈000002 9150⑈

---

**DR. MELVYN D. TAYLOR** 11-85
**MICHELE TAYLOR**

---PROCESSED--- 1733

1-5 19 89

63-607-406
670

PAY TO THE
ORDER OF Provident Companies    $ 886.43

eight hundred & eighty six 43/100    DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office    406
8200 W. Broward Blvd
Plantation, FL 33324

FOR 1442120 - R    Michele Taylor

⑆067006076⑆ 040600202983⑈ 1733 ⑈000088643⑈





PAY TO THE ORDER OF ANY
BANK OR BANKER FOR DEPOSIT
ONLY PROVIDENT LIFE AND
ACCIDENT INSURANCE CO.



PAY TO THE ORDER OF ANY
BANK OR BANKER FOR DEPOSIT
ONLY PROVIDENT LIFE AND
ACCIDENT INSURANCE CO.

S.S.C.O.
PROCESSED

PROVIDENT LA.
AMERICAN NATL
225 E. 8th ST.
CHATT., TN 37402

JA '89 30
S.S.C.O.
PROCESSED



PROCESSED — 127185561579

DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

9-20 19 88                63-607-406
                              670

PAY TO THE
ORDER OF  Provident Companies                $ 886.43

eight hundred & eighty six 43/100 ———— DOLLARS

Sun Bank/South Florida, N.A.    406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR  1442120 - R          Michele Taylor

⑆06700607⑆: 040600202983⑈⑈  1579  ⑈000008864 3⑈

---

PROCESSED — 0191392 1465

DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

6 - 13 19 88              63-607-406
                              670

PAY TO THE
ORDER OF  Provident Companies               $ 886.43

eight hundred & eighty six 43/100 ———— DOLLARS

Sun Bank/South Florida, N.A.    406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR  144 2120 - R         Michele Taylor

⑆06700607⑆: 040600202983⑈  1465  ⑈000008864 3⑈

---

PROCESSED — 126133123 1324

DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

3 - 25 19 88              63-607-406
                              670

PAY TO THE
ORDER OF  Provident Companies               $ 632.03

six hundred & thirty two 03/100 ———— DOLLARS

Sun Bank/South Florida, N.A.    406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR  144 2120 - R         Michele Taylor

⑆06700607⑆: 040600202983⑈  1324  ⑈000006320 3⑈

06130      9
AMERICAN NATL.
225 E. 8th ST.
CHATT., TN 37402
06130O419

JE 88' 17

S.S.C.O.
PROCESSED

PAY TO THE ORDER OF ANY
BANK OF BANKER FOR DEPOSIT
ONLY PROVIDE NT LIFE &
PAY ANY BANK PEG FRB MIAMI  63-10
0680-0010-9 FRB MIAMI 63-10

PAY ANY BANK PEG FRB MIAMI 63-10
0680-0010-9 FRB MIAMI 63-10



**DR. MELVYN L. TAYLOR** 11-85
**MICHELE TAYLOR**

1224

63-607-406
670

1-4 19 88

PAY TO THE ORDER OF _Great West Life Assurance Co_ $663

Six hundred & sixty three 00/100 DOLLARS

**Sun Bank/South Florida, N.A.**
Plantation Office                406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR 52688

⑆067006076⑆ 040600202983⑆ 1224 ⑈000000066300⑈

---

---PROCESSED---12717440

**DR. MELVYN D. TAYLOR** 11-85
**MICHELE TAYLOR**

1225

63-607-406
670

1-4 19 88

PAY TO THE ORDER OF _Provident Companies_ $632 03

Six hundred & thirty two 100 DOLLARS

**Sun Bank/South Florida, N.A.**
Plantation Office                406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR 144 2120 - R

⑆067006076⑆ 040600202983⑆ 1225 ⑈000000063203⑈

---

---PROCESSED--501

**DR. MELVYN D. TAYLOR** 11-85
**MICHELE TAYLOR**

967

63-607
670

6-24 19 87

PAY TO THE ORDER OF _Provident Life & Accident_ $632 03

Six hundred & thirty two 03/100 DOLLARS

**Sun Bank/South Florida, N.A.**
Plantation Office                406
P.O. Box 5100
Ft. Lauderdale, FL 33310

FOR 1442120

⑆067006076⑆ 040600202983⑆ 0967 ⑈000000063203⑈





---PROCESSED---

**DR. MELVYN D. TAYLOR** 11-85
**MICHELE TAYLOR**

1073

9-16 1987

63-607
670

PAY TO THE ORDER OF _Provident Co._ $ 632 03

_Six hundred & thirty two_ 100 DOLLARS

**Sun Bank/South Florida, N.A.**
Plantation Office
P.O. Box 5100
Ft. Lauderdale, FL 33310

FOR _1442120 - R_ _Michele Taylor_

⑈067006076⑈ 040600202 9839⑈ 1073 ⑈00000632 03⑈

---

**DR. MELVYN D. TAYLOR** 11-85
**MICHELE TAYLOR**

3347

63-607 406/670

1-14 1992

PAY TO THE ORDER OF _Great West Life Assurance_ $ 748 74

_Seven hundred & forty eight_ 100 DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324
406

FOR _52688_ _Michele Taylor_

⑈067006076⑈040600202 9839⑈ 3347 ⑈00000748 74⑈

---

**DR. MELVYN D. TAYLOR**
**MICHELE TAYLOR**

2321

63-607-406
670

1-8 1990

PAY TO THE ORDER OF _Great West Life Ins Co._ $ 735 50

_Seven hundred & thirty five_ 100 DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33323
406

FOR _52688_ _Michele Taylor_

⑈067006076⑈ 040600202 9839⑈ 2321 ⑈000007355 0⑈



PAY TO THE ORDER OF ANY
BANK OR BANKER FOR DEPOSIT
ONLY PROVIDENT LIFE AND
ACCIDENT INSURANCE CO.

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2442

63-607-406
670

4 - 2 19 90

PAY TO THE
ORDER OF  Provident Life Insurance    $ 1,124. 93

one thousand one hundred & twenty four   93/100   DOLLARS

SunBank/South Florida, N.A.
Plantation Office     406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR  144 21 20 - R                    Michele Taylor

⑆067006076⑆ 040600 20 29839⑈ 2442 ⑈0000 11 2493⑈

⑆067006076⑆040600 20 29839⑈   2442 ⑈0000 11 2493⑈

---

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2320

63-607-406
670

1 - 8 19 90

PAY TO THE
ORDER OF  Provident Co    $ 1,124. 93

one thousand one hundred & twenty four   93/100   DOLLARS

SunBank/South Florida, N.A.
Plantation Office     406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR  144 21 20 - R                    Michele Taylor

⑆067006076⑆ 040600 20 29839⑈ 2320 ⑈0000 11 2493⑈

---

---PROCESSED--- 1299

DR. MELVYN D. TAYLOR  11-85
MICHELE TAYLOR

2 - 26 19 88

63-607-406
670

PAY TO THE
ORDER OF  Provident Life & Accident    $ 291. 50

two hundred & ninety one   50/100   DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office     406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR  526300 - 548958                    Michele Taylor

⑆067006076⑆ 040600 20 29839⑈ 1299 ⑈00000 29 1 50⑈

PROVIDENT L.A.
AMERICAN NATL
225 E. 8th ST.
CHATT., TN 37402
→ 0619008190 ←

JA '90 12
WERK... NAL BANK
... CO.
CHATT... TENN.
...419

PROVIDENT L.A.
AMERICAN NATL
225 E. 8th ST.
CHATT., TN 37402
→ 0619008190 ←

JA '90 16
S.S.C.O.
ROCESSED

ONLY PROVIDENT L.A.
ACCIDENT INSURANCE CO

MR '88 08
S.S.C.O.
ROCESSED



**1338**

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

3-25 1988

63-607-406
670

PAY TO THE
ORDER OF _Provident Life & Accident_   $ 248.92

_two hundred & forty eight 92/100_   DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office   406
8200 W. Broward Blvd
Plantation, FL 33324

FOR _____   Michele Taylor

⑈067006076⑈ 040600 20 2983 9"  1338 ⑈"00000 2489 2⑈"

---

**1397**

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

4-30 1988

63-607-406
670

PAY TO THE
ORDER OF _Provident Life & Accident_   $ 348.99

_three hundred & forty eight 99/100_   DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office   406
8200 W. Broward Blvd
Plantation, FL 33324

FOR 548958 + 836766   Michele Taylor

⑈067006076⑈ 040600 20 2983 9"  1397 ⑈"0000034899⑈"

---

**1434**

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

5-26 1988

63-607-406
670

PAY TO THE
ORDER OF _Provident Life & Accident_   $ 348.99

_three hundred & forty eight 99/100_   DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office   406
8200 W. Broward Blvd
Plantation, FL 33324

FOR 548958 - 836766   Michele Taylor

⑈067006076⑈ 040600 20 2983 9"  1434 ⑈"0000034899⑈"



PAY TO THE ORDER OF ANY
BANK OR BANKER FOR DEPOSIT
ONLY PROVIDENT LIFE &
ACCIDENT INSURANCE CO.



PAY TO THE ORDER OF ANY
BANK OR BANKER FOR DEPOSIT
ONLY PROVIDENT LIFE &
ACCIDENT INSURANCE CO.

1463

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR   -

6-9 19 88   63-607-406 / 670

PAY TO THE ORDER OF  Provident Life & Accident   $ 348.99

Three hundred & forty eight 99/100   DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office   406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR 548958 + 836766   Michele Taylor

⑈067006076⑈ 040600202983⑈ 1463 ⑈00000034899⑈

---

— PROCESSED — 1342401 DE 1494

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

7-14 19 88   63-607-406 / 670

PAY TO THE ORDER OF  Provident Life & Accident   $ 348.99

Three hundred & forty eight 99/100   DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office   406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR 548958 + 836766   Michele Taylor

⑈067006076⑈ 040600202983⑈ 1494

⑈067006076⑈ 040600202983⑈ ⑈00000034899⑈

---

— PROCESSED — 1483898 1555

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

8-30 19 88   63-607-406 / 670

PAY TO THE ORDER OF  Provident Life & Accident   $ 348.99

Three hundred & forty eight 99/100   DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office   406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR 548958 + 836766   Michele Taylor

⑈067006076⑈ 040600202983⑈ 1555 ⑈00000034899⑈





**Check 1600**

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

10-1 19 88     63-607-406
670

PAY TO THE
ORDER OF  Provident Life + Accident     $ 348.99

Three hundred & forty eight 99/100     DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office      406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR 526300 + 548958          Michele Taylor

⑈067006076⑈ 040600 20 2983 7‖ 1600 ‖⑈0000034899⑈

---

**Check 1619**

--PROCESSED---01914157-- 1619

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

10-19 19 88     63-607-406
670

PAY TO THE
ORDER OF  Provident Life + Accident     $ 348.99

Three hundred & forty eight 99/100     DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office      406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR 548958 + 8.36766          Michele Taylor

⑈067006076⑈ 040600 20 2983 7‖ 1619 ‖⑈0000034899⑈

---

**Check 1713**

--PROCESSED-7--03019100-- 1713

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

12-20 19 88     63-607-406
670

PAY TO THE
ORDER OF  Provident Life + Accident     $ 697.98

Six hundred + ninety seven 98/100     DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office      406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR 548958 + 836766          Michele Taylor

⑈067006076⑈ 040600 20 2983 7‖ 1713 ‖⑈0000069798⑈

061300419
AMERICAN NATL
225 E. 8th ST.
CHATT., TN 37402
061300419

OCT '88

S.S.C.O.
PROCESSING



061300419
AMERICAN NATL
225 E. 8th ST.
CHATT., TN 37402
061300419

OCT '88 26

S.S.C.O.
PROCESSED



JAN 8  1989

Pay AMERICAN NATIONAL BANK
AND TRUST COMPANY
CHATTANOOGA, TN., or ORDER
PROVIDEN LIFE & ACCIDENT
INSURANCE COMPANY

JAN '88 09

S.S.C.O.
PROCESSED



**Check 1768:**

DR. MELVYN D. TAYLOR
MICHELE TAYLOR    11-85

---PROCESSED--- 127160451768

1-26 1989
63-607-406
670

PAY TO THE
ORDER OF  Provident Life & Accident    $ 348.99

three hundred & forty eight 99/100    DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office    406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR  548958 - 836766    Michele Taylor

:067006076: 0406002029839 1768 000003489 9

**Check 1789:**

DR. MELVYN D. TAYLOR
MICHELE TAYLOR    11-85

---PROCESSED--- 0042803=1789

2-16 1989
63-607-406
670

PAY TO THE
ORDER OF  Provident Life & Accident    $ 348.99

three hundred & forty eight 99/100    DOLLARS

Sun Bank/South Florida, N.A.
Plantation Office    406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR  548958 & 836766    Michele Taylor

:067006076: 0406002029839 1789 000003489 9

**Check 2224:**

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2224

10-20 1989
63-607-406
670

PAY TO THE
ORDER OF  Provident Life & Accident    $ 356.21

three hundred & fifty six 21/100    DOLLARS

SunBank/South Florida, N.A.
Plantation Office    406
8200 W. Broward Blvd.
Plantation, FL 33324

FOR  548958 & 836766    Michele Taylor

:067006076: 0406002029839 2224 000003562 1



0613004
PROVIDENT L.A.
AMERICAN NATL
225 E. 8th ST.
CHATT., TN 37402
061300419

FB '89 02
S.S.C.O.
PROCESSED

00402  24  110000836766  11993  00024  022789

061300419
PROVIDENT L.A.
AMERICAN NATL
225 E. 8th ST.
CHATT., TN 37402
061300419

FB '89 28
S.S.C.O.
PROCESSED

OT '89 24

AMERICAN NATL BANK & TR. CO.
CHATTANOOGA, TN
061300419

061300419
PROVIDENT L.A.
AMERICAN NATL
225 E. 8th ST.
CHATT., TN 37402
061300419

OT '89 25
S.S.C.O.
PROCESSED

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2290

63-607-406
670

12-14 19 89

PAY TO THE
ORDER OF  *Provident Life & Accident*  $ 356. 21

*Three hundred & fifty six*  21/100  DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324
406

FOR  548958-836766

⑈067006076⑈ 040600202983⑈ 2290 ⑈000003562⑈

---

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2443

63-607-406
670

4-2 19 90

PAY TO THE
ORDER OF  *Melvyn D. TAYLOR, DDS, PA*  $ 356. 20

*Three hundred & fifty six*  20/100  DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324
406

FOR  *Disability Prem Insurance*

⑈067006076⑈ 040600202983⑈ 2443 ⑈000003562⑈

---

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2591

63-607-406
670

7-18 19 90

PAY TO THE
ORDER OF  *Provident Life & Accident*  $ 656. 73

*Six hundred & fifty six*  73/100  DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324
406

FOR  548958-336766-5023645

⑈067006076⑈ 040600202983⑈ 2591 ⑈000006567⑈





**Check 2633**

CR372
11993

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2633
63-607 406/670

8-17 19 90

PAY TO THE ORDER OF  Provident - Life + Accident  $ 656.73

Six hundred + fifty six 73/100 ——— DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324  406

FOR 548958 - 836766 (#502/3645)  Michele Taylor

⑈067006076⑈ 040600 20 29839⑈ 2633 ⑈⑈00000 65673⑈

**Check 2660**

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2660
63-607 406/670

9-5 19 90

PAY TO THE ORDER OF  Provident Life + Accident  $ 656.73

Six hundred + fifty six 73/100 ——— DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324  406

FOR 548958 - 836766 - 5023645  Michele Taylor

⑈067006076⑈040600 20 29839⑈ 2660 ⑈⑈00000 65673⑈

⑈067006076⑈040600 20 29839⑈ 2660 ⑈⑈00000 65673⑈

**Check 2732**

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2732
63-607 406/670

10-23 19 90

PAY TO THE ORDER OF  Provident Life + Accident  $ 656.73

Six hundred + fifty six 73/100 ——— DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324  406

FOR 548958 - 836766 - 5023645  Michele Taylor

⑈067006076⑈ 040600 20 29839⑈ 2732 ⑈⑈00000 65673⑈





**Check 2747**

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

63-607 406/670

11-5 19 90

PAY TO THE ORDER OF _Provident Life & Accident_    $ 4,032 99

_One Thousand & Thirty two_ 99/100    DOLLARS

**Sun Bank**/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324

503173/-
FOR 548958-836766-5023645    _Michele Taylor_

⑈067006076⑈ 040600202983⑈ 2747 ⑈0000403299⑈

**Check 2817**

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

63-607 406/670

02-2 19 91

PAY TO THE ORDER OF _Provident Life & Accident_    $ 844. 86

_eight hundred & forty fours_ 86/100    DOLLARS

**Sun Bank**/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324

5023645
FOR 548958-836766-503173/    _Michele Taylor_

⑈067006076⑈ 0406002029839⑈ 2817 ⑈0000084486⑈

**Check 2864**

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

63-607 406/670

2-5 19 91

PAY TO THE ORDER OF _Provident Life & Accident_    $ 849. 86

_eight hundred & forty fours_ 86/100    DOLLARS

**Sun Bank**/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324

503173/
FOR 548958-836766-5023645    _Michele Taylor_

⑈067006076⑈ 0406002029839⑈ 2864 ⑈0000084486⑈

NO '90

AMERICAN NAT'L BANK & TR. CO.
CHATTANOOGA, TN
061300419

1300
PROVIDENT L.A.
AMERICAN NATL
225 E. 6th ST.
CHATT., TN 37402
→ 061300419 ←

NO '90 14
S.S.C.O.
ROCESSED

---

JA '91 09

AMERICAN NAT'L BANK & TR. CO.
CHATTANOOGA, TN
061300419

→ 061300419 ←
PROVIDENT L.A.
AMERICAN NATL
225 E. 6th ST.
CHATT., TN 37402
→ 061300419 ←

JA '91 10
S.S.C.O.
PROCESSED

---

FB '91 12

CHATTANOOGA, TN
061300419

0 4 3 '9 1 0

PROVIDE
LIFE AND ACCIDENT
INSURANCE COMPANY
PAY TO THE ORDER OF
ANY BANK OR BANKER
FOR DEPOSIT

FB '91 13
S.S.C.O.
PROCESSED



**Check 2895**

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2895
63-607 406/670

2-26 19 91

PAY TO THE
ORDER OF  Provident Life & Accident          $ 844. 86

eight hundred & forty four  86/100          DOLLARS

SunBank/South Florida, N.A
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324          406

5031731
FOR 548958 - 836766 - 5023645          Michele Taylor

⑆067006076⑆ 040600202983⑈" 2895 ⑇000008448⑆

---

**Check 2944**

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2944
63-607 406/670

3-28 19 91

PAY TO THE
ORDER OF  Provident Life & Accident          $ 866. 15

eight hundred & sixty six  15/100          DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324          406

5031731
FOR 548958 - 836766 - 5023645          Michele Taylor

⑆067006076⑆ 040600202983⑈" 2944 ⑇000008666⑆

---

**Check 2988**

DR. MELVYN D. TAYLOR
MICHELE TAYLOR

2988
63-607 406/670

5-2 19 91

PAY TO THE
ORDER OF  Provident Life & Accident          $ 876. 23

eight hundred & seventy six  23/100          DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324          406

548958 - 836766
FOR 5023645 - 5031731          Michele Taylor

⑆067006076⑆ 040600202983⑈" 2988 ⑇000008762⑆



3022

**DR. MELVYN D. TAYLOR** 11-85
**MICHELE TAYLOR**

63-607 406/670

5-31 19 91

PAY TO THE ORDER OF Provident Life $ 876.23

eight hundred & seventy six 23/100 DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office 406
8200 W. Broward Blvd.
Plantation, FL 33324

5031731

FOR 548958 - 836766 - 5023645

Michele Taylor

⑈067006076⑈040600202983 9⑈ 3022 ⑈000008762 3⑈

---

3091

**DR. MELVYN D. TAYLOR** 11-85
**MICHELE TAYLOR**

63-607 406/670

510/09250

7-26 19 91

PAY TO THE ORDER OF Provident Life & Accident $ 1,752.46

one thousand seven hundred & fifty two 46/100 DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office 406
8200 W. Broward Blvd.
Plantation, FL 33324

5031731

FOR 548958 - 836766 - 5023645

Michele Taylor

⑈067006076⑈040600202983 9⑈ 3091 ⑈000001752 46⑈

---

3158

**DR. MELVYN D. TAYLOR** 11-85
**MICHELE TAYLOR**

63-607 406/670

9-4 19 91

PAY TO THE ORDER OF Provident Life & Accident $ 876.23

eight hundred & seventy six 23/100 DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office 406
8200 W. Broward Blvd.
Plantation, FL 33324

548958 - 836766

FOR 5023645 - 5031731

Michele Taylor

⑈067006076⑈040600202983 9⑈ 3158 ⑈000008762 3⑈



JE '91 06

PROVIDENT L.A.
AMERICAN NATL
225 E. 8th ST.
CHATT., TN 37402

JE '91 07

S.S.C.O.
ROCESSED

JE '91 05

AG '91 07

CHATTANOOGA, TN
061300419

AG '91 06

S.S.C.O.
ROCESSED

FOR DEPOSIT ONLY.
PROVIDENT L & A.
FIRST TENNESSEE
4030409

SE '91 11

S.S.C.O.
ROCESSED

SE '91 10

FIRST TENNESSEE BANK NA
611 CHESTNUT STREET
CHATTANOOGA, TN 37402







DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

3306

63-607 406/670

12-16 19 91

PAY TO THE ORDER OF    Provident Life & Accident    $ 890.

Eight hundred & ninety 91/100    DOLLARS

SunBank/South Florida, N.A.
Plantation Office    406
8200 W. Broward Blvd.
Plantation, FL 33324

5031731

FOR S#8958-836766-5023645    Michele Taylor

⑈067006076⑈040600 20 29839⑈ 3306 ⑈0000008909⑈

⑈067006076⑈040600 20 29839⑈    ⑈0000008909⑈

---

DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

3365

63-607 406/670

1-21 19 92

PAY TO THE ORDER OF    Provident Life & Accident    $ 890.

Eight hundred & ninety 91/100    DOLLARS

SunBank/South Florida, N.A.
Plantation Office    406
8200 W. Broward Blvd.
Plantation, FL 33324

548958 - 836766
FOR 5023645 - 5031731    Michele Taylor

⑈067006076⑈040600 20 29839⑈ 3365 ⑈0000008909⑈

---

DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

3387

63-607 406/670

2-12 19 92

PAY TO THE ORDER OF    Provident Life & Accident    $ 890.

Eight hundred & ninety 91/100    DOLLARS

SunBank/South Florida, N.A.
Plantation Office    406
8200 W. Broward Blvd.
Plantation, FL 33324

5031731

FOR 548958-836766-5023645    Michele Taylor

⑈067006076⑈040600 20 29839⑈ 3387

FOR DEPOSIT ONLY
PROVIDENT L. & A.
FIRST TENNESSEE
4030409

0660-0010-9

DE   30

0840 00026

DE '91 30
STSCM
OCESSED

FOR DEPOSIT ONLY
PROVIDENT L. & A.
FIRST TENNESSEE
4030409

0660-0010-9

FB '92 10
STSCM
0840 00026

08317790

FB '92 07

FIRST TENNESSEE BANK NA
611 CHESTNUT STREET
CHATTANOOGA, TN 37402

FOR DEPOSIT ONLY
PROVIDENT L. & A.
FIRST TENNESSEE
4030409

FB '92 26
STSCM
ROCESSED

0660-0010-9

FB '92 25

FIRST TENNESSEE BANK NA
611 CHESTNUT STREET
CHATTANOOGA, TN 37402



**Check 3432**

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR
63-607 406/670

3-15 19 92

PAY TO THE ORDER OF  *Provident Life & Accident*   $ 915.

*nine hundred & fifteen* 11/100   DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324   406

548958 - 836766
FOR 5023645 - 5031731   *Michele Taylor*

⑆067006076⑆040600202983 9⑈ 3432 ⑆00000915⑈

---

**Check 3491**

09163·013   3491

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR
63-607 406/670

4-16 19 92

PAY TO THE ORDER OF  *Provident Life & Accident*   $ 925.

*nine hundred & twenty five* 57/100   DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324   406

548958 - 836766 -
FOR 5023645-5031731  *Michele Taylor*

⑆067006076⑆040600202983 9⑈ 3491 ⑆00000925⑈

---

**Check 3518**

3518

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR
63-607 406/670

5-20 19 92

PAY TO THE ORDER OF  *Provident Life & Accident*   $ 925. 57

*nine hundred & twenty five* 57/100   DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324   406

503/731
FOR 548958 - 836766 - 5023645   *Michele Taylor*

⑆067006076⑆040600202983 9⑈ 3518 ⑆00000925⑈



**DR. MELVYN D. TAYLOR**  11-85
**MICHELE TAYLOR**

3551

63-607 406/670

6-4 19 92

PAY TO THE
ORDER OF  Provident Life & Accident          $  925. 57

nine hundred & twenty five 57/100          DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324          406

548958 - 836766
FOR 5023645 - 5031731          Michele Taylor

⑈0670060 76⑈:040600 20 29839⑈    3551  ⑈0000092557⑈

---

**DR. MELVYN D. TAYLOR**  11-85
**MICHELE TAYLOR**

3595

63-607 406/670

7-14 19 92

PAY TO THE
ORDER OF  Provident Life & Accident          $  927. 57

nine hundred & twenty seven 57/100          DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324          406

548959 - 836766
FOR 5023645 - 5031731          Michele Taylor

⑈0670060 76⑈:040600 20 29839⑈    3595  ⑈0000092757⑈

---

**DR. MELVYN D. TAYLOR**  11-85
**MICHELE TAYLOR**

3637

63-607 406/670

8- 19 92

PAY TO THE
ORDER OF  Provident          $  927. 57

nine hundred & twenty seven 57/100          DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324          406

548958 - 836766
FOR 5023645 - 5031731          Michele Taylor

⑈0670060 76⑈:040600 20 29839⑈    3637  ⑈0000092757⑈



DR. MELVYN D. TAY R 11-85
MICHELE TAYLOR

63-607 406/670

8-31 19 92

PAY TO THE ORDER OF Provident Life & Accident          $ 925. 57

nine hundred & twenty five 57/100          DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324          406

548958 - 836766
FOR 502 3645 - 503 1731          Michele Taylor

⑆06 700 60 76⑆ 04 06 00 20 29 839⑆ 3663 ⑆000009 2557⑆

---

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

3753

63-607 406/670

11-6 19 92

PAY TO THE ORDER OF Provident Life & Accident          $ 940. 85

nine hundred & forty 85/100          DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324          406

548958 - 836766
FOR 5023645 - 503 1731 -          Michele Taylor

⑆06 700 60 76⑆ 04 06 00 20 29 839⑆ 3753 ⑆000009 4085⑆

---

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

3793

63-607 406/670

12-10 19 92

PAY TO THE ORDER OF Provident Life & Accident          $ 940. 85

nine hundred & forty 85/100          DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324          406

503 1731
FOR 548958 - 836766 - 5023645          Michele Taylor

⑆06 700 60 76⑆ 04 06 00 20 29 839⑆ 3793 ⑆000009 4085⑆



SE 'S 11

AMERICAN NAT'L BANK & TR. CO.
CHATTANOOGA, TN
0613004I0

SE 26 14
STSCM
OCFSSED

2 5 5 '920

PROVIDENT
LIFE AND ACCIDENT
INSURANCE COMPANY

FOR DEPOSIT ONLY
PROVIDENT L. & A.
FIRST TENNESSEE
4030409

NO '92 13
STSCM    11/13/92    06130036747
FIRST TENNESSEE BANK N4
OCESSED CHATTANOOGA, TN.    37401

12347861

FOR DEPOSIT ONLY
PROVIDENT L. & A.
FIRST TENNESSEE
4030409

DE '92 18
STSCM    12/17/92    06130036747
FIRST TENNESSEE BANK N4
OCESSED CHATTANOOGA, TN.    37401

12646746



**DR. MELVYN D. TAYLOR**    11-85
**MICHELE TAYLOR**

3834

63-607 406/670

1-5 19 93

PAY TO THE
ORDER OF  *Provident Life & Accident*    $ 940. 85

*nine hundred & forty*    85/100    DOLLARS

SunBank/South Florida, N.A.
Plantation Office    406
8200 W. Broward Blvd.
Plantation, FL 33324

548958 - 836766
FOR 5023645 - 5031731    *Michele Taylor*

⑆067006076⑆040600 20 29839⑈ 3834 ⑈0000094085⑈

⑆067006076⑆040600 20 29839⑈ 383 ⑈0000094085⑈

---

**DR. MELVYN D. TAYLOR**    11-85
**MICHELE TAYLOR**

3870

63-607 406/670

2-8 19 93

PAY TO THE
ORDER OF  *Provident Life & Accident*    $ 940. 85

*nine hundred & forty*    85/100    DOLLARS

SunBank/South Florida, N.A.
Plantation Office    406
8200 W. Broward Blvd.
Plantation, FL 33324

548958 - 836766
FOR 5023645 - 5031731    *Michele Taylor*

⑆067006076⑆040600 20 29839⑈ 3870 ⑈0000094085⑈

---

**DR. MELVYN D. TAYLOR**    11-85
**MICHELE TAYLOR**

3941

63-607 406/670

4-2 19 93

PAY TO THE
ORDER OF  *Provident Life & Accident*    $ 1,908. 98

*one thousand nine hundred & eight*    98/100    DOLLARS

SunBank/South Florida, N.A.
Plantation Office    406
8200 W. Broward Blvd.
Plantation, FL 33324

548958 - 836766
FOR 5023645 - 5031731 - 503173J    *Michele Taylor*

⑆067006076⑆040600 20 29839⑈ 3941 ⑈0000190898⑈

⑆067006076⑆040600 20 29839⑈ 3941 ⑈0000190898⑈



FOR DEPO / ONLY
PROVIDENT L. & A.
FIRST TENNESSEE
4030409

01/11/93    ▶0613009367◀
FIRST TENNESSEE BANK NA
CHATTANOOGA, TN.   37401
13223679

JA   12

FOR DEPOSIT ONLY
PROVIDENT L. & A.
FIRST TENNESSEE
4030409

0660-0010-8
13565059  02-18-93

FB '93 02/07/93    ▶0613009367◀
STSCM  FIRST TENNESSEE BANK NA
ROCESSED  CHATTANOOGA, TN.   37401
12279121

FOR DEPOSIT ONLY
PROVIDENT L. & A.
FIRST TENNESSEE
4030409

0660-0010-8
13565081  04-09-93

04/08/93    ▶0613009367◀
FIRST TENNESSEE BANK NA
CHATTANOOGA, TN.   37401
13414097

AP '93 09
STSCM
OCESSED

**DR. MELVYN D. TAYLOR**  11-85
**MICHELE TAYLOR**

3978

63-607 406/670

4-28 19 93

PAY TO THE
ORDER OF  Provident Life & Accident                    $ 980. 21

nine hundred & eighty  21/100                              DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324      406

548958 - 836766
FOR  5023645 - 5031731                    Michele Taylor

⑆067006076⑆040600 20 29839⑆ / 3978 ⑈000000980 21⑈

---

**DR. MELVYN D. TAYLOR**      11-85
**MICHELE TAYLOR**

63-607/670
BRANCH 406

4040

6-18 19 93

PAY TO THE
ORDER OF  Provident Life & Accident            $ 1,960. 42

one thousand nine hundred & sixty  42/100          DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324      406

548958 - 836766 -
FOR  5031731 - 5023645 -                    Michele Taylor

⑆067006076⑆040600 20 29839⑆ / 4040 ⑈0000196042⑈

© HARLAND 1992

---

63-607/670
BRANCH 406

4093

**DR. MELVYN D. TAYLOR**      11-85
**MICHELE TAYLOR**

7-29 19 93

PAY TO THE
ORDER OF  Provident Life & Accident            $ 980. 21

nine hundred & eighty  81/100 2                   DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324      406

548958 - 836766
FOR  5023645 - 5031731                    Michele Taylor

⑆067006076⑆040600 20 29839⑆ / 4093 ⑈000000980 21⑈

© HARLAND 1992



FIRST TENN...
4030402

MY '93 03
STSCM    $430/93... 0613003674
OCESSED  FIRST TENNESSEE BANK NA
06-10-00-020 CHATTANOOGA,TN.  37401
          12600872

FOR DEPOSIT ONLY
PROVIDENTIAL & A.
FIRST TENNESSEE
4030409

0680-0010-9

JE '93 23 06/22/93  0613003674
STSCM  FIRST TENNESSEE BANK NA
OCESSED CHATTANOOGA,TN.  37401
          13260455

FOR DEPOSIT ONLY
PROVIDENTIAL & A.
FIRST TENNESSEE
4030403

0680-0010-9

A '93 09 09/06/93  0613003674
STSCM  FIRST TENNESSEE BANK NA
OCESSED CHATTANOOGA,TN.  37401
          13723290

**DR. MELVYN D. TAYLOR**   11-85
**MICHELE TAYLOR**

63-607/670
BRANCH 406

4133

9-6 19 93

PAY TO THE ORDER OF  Provident Life & Accident   $ 980.21

nine hundred & eighty 21/100   DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324   406

54 9958 - 8 36766
FOR 5023645 - 503173l

Michele Taylor

⑆067006076⑆040600 20 2983 9⑈ 4133  ⑈000009 80 21⑈

---

**DR. MELVYN D. TAYLOR**   11-85
**MICHELE TAYLOR**

63-607/670
BRANCH 406

4152

9-24 19 93

PAY TO THE ORDER OF  Provident Life & Accident   $ 980.21

nine hundred & eighty 21/100   DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324   406

54 8958 - 836766
FOR 503173l - 5023645

Michele Taylor

⑆067006076⑆040600 20 2983 9⑈ 4152  ⑈000009 80 21⑈

---

**DR. MELVYN D. TAYLOR**   11-85
**MICHELE TAYLOR**

63-607/670
BRANCH 406

4180

10-22 19 93

PAY TO THE ORDER OF  Provident Life & Accident   $ 996.31

nine hundred & ninety six 31/100   DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324   406

548958 - 836766 - 5023645
FOR    503173l

Michele Taylor

⑆067006076⑆040600 20 2983 9⑈ 4180  ⑈000009 96 31⑈



DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

607/670
BRANCH 406

4276

1-9 19 94

PAY TO THE
ORDER OF  Provident Life & Accident        $ 996.— 31

nine hundred & ninety six 31/100 ———————— DOLLARS

SunBank/South Florida, N.A.
Plantation Office      406
8200 W. Broward Blvd.
Plantation, FL 33324

5 4 8 9 5 8 - 8 3 6 7 6 6

FOR

Michele Taylor

⑆067006076⑈040600202983⑈   4276  ⑈000009963⑈

© HARLAND 1992

---

DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

63-607/670
BRANCH 406

4243

12-20 19 93

PAY TO THE
ORDER OF  Provident Life & Accident        $ 996.— 31

nine hundred & ninety six 31/100 ———————— DOLLARS

SunBank/South Florida, N.A.
Plantation Office      406
8200 W. Broward Blvd.
Plantation, FL 33324

5 4 8 9 5 8 - 8 3 6 7 6 6

FOR 5023645 + 503173 ↓

Michele Taylor

⑆067006076⑈040600202983⑈   4243  ⑈000009963⑈

© HARLAND 1992

⑆067006076⑈040600202983⑈          ⑈000009963⑈

---

DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

63-607/670
BRANCH 406

4228

11-30 19 93

PAY TO THE
ORDER OF  Provident Life & Accident        $ 996.— 31

nine hundred & ninety six 31/100 ———————— DOLLARS

SunBank/South Florida, N.A.
Plantation Office      406
8200 W. Broward Blvd.
Plantation, FL 33324

5 4 8 9 5 8 - 8 3 6 7 6 6

FOR 5023645 - 503173 ↓

Michele Taylor

⑆067006076⑈040600202983⑈   4228  ⑈000009963⑈

© HARLAND 1992





DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

63-607/670
BRANCH 406

4317

2.25 19 94

PAY TO THE
ORDER OF _Provident Life & Accident_    $ 996. 31

_nine hundred & ninety six_ 31/100    DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324    406

548958 - 836766
FOR 502.3645 - 5031731 - 5031733    Michele Taylor

⑆067006076⑆040600 20 29839⑆  4317  ⑈0000099631⑈


DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

63-607/670
BRANCH 406

4350

3.22 19 94

PAY TO THE
ORDER OF _Provident Life & Accident_    $ 1,023. 22

_one thousand & twenty three_ 22/100    DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324    406

548958
FOR 5031731 - 5023645 - 836766    Michele Taylor

⑆067006076⑆040600 20 29839⑆  4350  ⑈000010 2322⑈


DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

63-607/670
BRANCH 406

4388

5.2 19 94

PAY TO THE
ORDER OF _Provident Life & Accident_    $ 1,023 22

_one thousand & twenty three_ 22/100    DOLLARS

SunBank/South Florida, N.A.
Plantation Office
8200 W. Broward Blvd.
Plantation, FL 33324    406

5031731 - 5023645
FOR 836766 - 548958    Michele Taylor

⑆067006076⑆040600 20 29839⑆  4388  ⑈000010 2322⑈





DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

63-607/670
4410

5-18 19 94

PAY TO THE ORDER OF  Provident Life & Accident                    $ 4,023. 22

one thousand & twenty three  22/100                    DOLLARS

SunBank/South Florida, N.A.
Plantation Office   406
8200 West Broward Boulevard
Plantation, Florida 33324

836766 - 548958

FOR  503 1731 - 5023645 -

Michele Taylor

⑈067006076⑈ 0406002029839⑈  4410   ⑈00000102322⑈

---

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

63-607/670
4445

6-21 19 94

PAY TO THE ORDER OF  Provident Life & Accident                    $ 4,023 22

one thousand & twenty three  22/100                    DOLLARS

SunBank/South Florida, N.A.
Plantation Office   406
8200 West Broward Boulevard
Plantation, Florida 33324

503 1731 - 5023645 -

FOR  8 36766 - 548958

Michele Taylor

⑈067006076⑈ 0406002029839⑈  4445   ⑈00000102322⑈

---

DR. MELVYN D. TAYLOR   11-85
MICHELE TAYLOR

63-607/670
4470

7-18 19 94

PAY TO THE ORDER OF  Provident Life & Accident                    $ 1,023. 22

one thousand & twenty three  22/100                    DOLLARS

SunBank/South Florida, N.A.
Plantation Office   406
8200 West Broward Boulevard
Plantation, Florida 33324

836766 - 548958

FOR  503 1731 - 5023645

Michele Taylor

⑈067006076⑈ 0406002029839⑈  4470   ⑈00000102322⑈



DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

63-607/670

4491

8-15 19 94

PAY TO THE
ORDER OF  Provident Life & Accident                 $ 1,023. 22

one thousand & twenty three 22/100                        DOLLARS

SunBank/South Florida, N.A.
Plantation Office          406
8200 West Broward Boulevard
Plantation, Florida 33324

5031733 - 50 23645
FOR 836766 - 548958                          Michele Taylor

⑈067006076⑈040600 20 298 39⑈ / 4491 ⑈0000 1023 22⑈

© HARLAND 1993

---

DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

63-607/670

4570

11-16 19 94

PAY TO THE
ORDER OF  Provident Life & Accident                 $ 2,080. 08

two thousand & eighty 08/100                        DOLLARS

SunBank/South Florida, N.A.
Plantation Office          406
8200 West Broward Boulevard
Plantation, Florida 33324

5031731 - 5023645
FOR 836766 - 548958  OCT + NOV          Michele Taylor

⑈067006076⑈040600 20 298 39⑈ 4570 ⑈0000 208008⑈

© HARLAND 1993

---

DR. MELVYN D. TAYLOR    11-85
MICHELE TAYLOR

4945

63-607/670

12-17 19 95

PAY TO THE
ORDER OF  Provident Life & Accident               $ 1,084. 85

one thousand & eighty four 85/100                        DOLLARS

SunBank/South Florida, N.A.
Plantation Office          406
8200 West Broward Boulevard
Plantation, Florida 33324

5031731 - 5023645
FOR 836766 - 548958                          Michele Taylor

⑈067006076⑈040600 20 298 39⑈ 4945 ⑈0000 108485⑈

©HARLAND



AG '94 26

STSCM
PROCESSED

08/24/94    A6-13003674
FIRST TENNESSEE BANK NA
CHATTANOOGA, TN.  37401

11015195

DE '94 02

AMERICAN NAT'L BANK & TR. CO.
CHATTANOOGA, TN
0013003 19

08500019 FRB MIAMI

DE of 26    12/22/95
STSCM      4840-4992-6
PROCESSED
08605209

**DR. MELVYN D. TAYLOR** -85
**MICHELE TAYLOR**

4980

63-607/870

1-15 19 96

PAY TO THE
ORDER OF  Provident Life + Accident                    $ 1,084. 85

one thousand + eighty four  85/100          DOLLARS

**SunBank/South Florida, N.A.**
Plantation Office      406
8200 West Broward Boulevard
Plantation, Florida 33324

548958-836766

FOR 5031731- 5023645                   Michele Taylor

⑆06 7006076⑆ 040600 20 29839⑈        4980  ⑈0000408485⑈

---

SUN BANK/SOUTH FLORIDA, N.A.          63-607
25 S ANDREWS AVE                      670
FORT LAUDERDALE          FL  33301

LU043 1                               04764495

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| | $72 | 04 |

| MO. | DAY | YR. | |
|---|---|---|---|
| 02 | 12 | 87 | UNUM |

PORTLAND MAINE

CHARGE TO:
MELVYN D TAYLOR

UA    7204

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆06 7006076⑆ 406 20 29839⑈        ⑈0000007204⑈

---

SUN BANK/SOUTH FLORIDA, N.A.          63-607
25 S ANDREWS AVE                      670
FORT LAUDERDALE          FL  33301

LU043 1                               03225949

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| | $72 | 04 |

| MO. | DAY | YR. | |
|---|---|---|---|
| 02 | 12 | 87 | UNUM |

PORTLAND MAINE

CHARGE TO:
MELVYN D TAYLOR

UA    7204

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆06 7006076⑆ 406 20 29839⑈        ⑈0000007204⑈



CREDIT TO ACCOUNT
1ST TENN. BANK NA
081000026

01/23/96
0848-0002-6
000024000

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

P.E.G.
011900045

SUN BANK/SOUTH FLORIDA, N•A•  63=607
25 S ANDREWS AVE  670
FORT LAUDERDALE  FL  33301

LJ043 1

03453149

PAY TO THE ORDER OF

MO.  DAY  YR.
03 10 87 UNUM  POPTLAND MAINE

| DOLLARS | CENTS |
|---|---|
| $72 | 04 |

CHARGE TO:
MELVYN D TAYLOR

UA  7204

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 406 20 29839⑈  _  ⑈0000007204⑈

---

SUN BANK/SOUTH FLORIDA, N•A•  63=607
25 S ANDREWS AVE  670
FORT LAUDERDALE  FL  33301

LJ043 1

03880821

PAY TO THE ORDER OF

MO.  DAY  YR.
04 10 87 UNUM  POPTLAND MAINE

| DOLLARS | CENTS |
|---|---|
| $72 | 04 |

CHARGE TO:
MELVYN D TAYLOR

UA  7204

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 406 20 29839⑈  _  ⑈0000007204⑈

---

SUN BANK/SOUTH FLORIDA, N•A•  63=607
25 S ANDREWS AVE  670
FORT LAUDERDALE  FL  33301

LJ043 1

04095993

PAY TO THE ORDER OF

MO.  DAY  YR.
05 10 87 UNUM  POPTLAND MAINE

| DOLLARS | CENTS |
|---|---|
| $72 | 04 |

CHARGE TO:
MELVYN D TAYLOR

UA  7204

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 406 20 29839⑈  _  ⑈0000007204⑈

THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

 

MR '87 13
CONN. NAT'L . CT.
P.E.G.
on900445

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

'87 13
PAYANT BANK
SOUTHEAST BANK, N.A.
MIAMI, FL

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

MY '87 14
on900445

SUN BANK/SOUTH FLORIDA, N.A.    63-607
25 S ANDREWS AVE    670
FORT LAUDERDALE    FL 33301

LJ043 1    04316711

PAY TO THE ORDER OF

| MO. DAY YR. | | DOLLARS | CENTS |
|---|---|---|---|
| 06 10 87 UNUM    PORTLAND MAINE | | $72 | 04 |

CHARGE TO:

MELVYN D TAYLOR

UA    7204

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆06700607⑆: 406 20 29839⑈ _    ⑈000000 7 204⑆

---

SUN BANK/SOUTH FLORIDA, N.A.    63-607
25 S ANDREWS AVE    670
FORT LAUDERDALE    FL 33301

LJ043 1    04967377

PAY TO THE ORDER OF

| MO. DAY YR. | | DOLLARS | CENTS |
|---|---|---|---|
| 07 10 87 UNUM    PORTLAND MAINE | | $72 | 04 |

CHARGE TO:

MELVYN D TAYLOR

UA    7204

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆06700607⑆: 406 20 29839⑈ _    ⑈000000 7 204⑆

---

SUN BANK/SOUTH FLORIDA, N.A.    63-607
25 S ANDREWS AVE    670
FORT LAUDERDALE    FL 33301

LJ043 1    04871677

PAY TO THE ORDER OF

| MO. DAY YR. | | DOLLARS | CENTS |
|---|---|---|---|
| 08 10 87 UNUM    PORTLAND MAINE | | $72 | 04 |

CHARGE TO:

MELVYN D TAYLOR

UA    7204

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆06700607⑆: 406 20 29839⑈ _    ⑈000000 7 204⑆

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

SUN BANK/SOUTH FLORIDA, N.A.    63-607
25 S ANDREWS AVE    670
FORT LAUDERDALE    FL    33301
LJ043 1    05985653

PAY TO THE ORDER OF

MO.    DAY    YR.
10 10 87 UNUM    PORTLAND MAINE

| DOLLARS | CENTS |
|---|---|
| $72 | 04 |

CHARGE TO:
MELVYN D TAYLOR

UA    7204

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ ⑈06 20 2983 9⑈ ‒    ⑈0000007204⑈

---

SUN BANK/SOUTH FLORIDA, N.A.    63-607
25 S ANDREWS AVE    670
FORT LAUDERDALE    FL    33301
LJ043 1    05624795

PAY TO THE ORDER OF

MO.    DAY    YR.
11 10 87 UNUM    PORTLAND MAINE

| DOLLARS | CENTS |
|---|---|
| $70 | 38 |

CHARGE TO:
MELVYN D TAYLOR

UA    7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ ⑈06 20 2983 9⑈ ‒    ⑈0000007038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.    63-607
25 S ANDREWS AVE    670
FORT LAUDERDALE    FL    33301
LJ043 1    06135585

PAY TO THE ORDER OF

MO.    DAY    YR.
12 10 87 UNUM    PORTLAND MAINE

| DOLLARS | CENTS |
|---|---|
| $70 | 38 |

CHARGE TO:
MELVYN D TAYLOR

UA    7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ ⑈06 20 2983 9⑈ ‒    ⑈0000007038⑈

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

P. E. G.
M900445

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

SUN BANK/SOUTH FLORIDA, N.A.
25 S ANDREWS AVE
FORT LAUDERDALE                    FL    33301
                                                        63-607
                                                         670
LJ043 1                                              06858587

MO.   DAY   YR.          PAY TO THE ORDER OF
01  10  88  UNUM            PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70     | 38    |

                                          CHARGE TO:
                                    MELVYN D TAYLOR
        UA      7038

                                    THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 406 20 29 839⑈  _                ⑈000000 7038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.
25 S ANDREWS AVE
FORT LAUDERDALE                    FL    33301
                                                        63-607
                                                         670
LJ043 1                                              06751967

MO.   DAY   YR.          PAY TO THE ORDER OF
01  10  88  UNUM            PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70     | 38    |

                                          CHARGE TO:
                                    MELVYN D TAYLOR
        UA      7038

                                    THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 406 20 29 839⑈  _                ⑈000000 7038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.
25 S ANDREWS AVE
FORT LAUDERDALE                    FL    33301
                                                        63-607
                                                         670
LJ043 1                                              06955925

MO.   DAY   YR.          PAY TO THE ORDER OF
03  10  88  UNUM            PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70     | 38    |

                                          CHARGE TO:
                                    MELVYN D TAYLOR
        UA      7038

                                    THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 406 20 29 839⑈  _                ⑈000000 7038⑈

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

J4 '88 14
C: L NATIO: : C
P. E. G.
C11900445

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

P.E.G.
C11900445

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

SUN BANK/SOUTH FLORIDA, N•A•
25 S ANDREWS AVE
FORT LAUDERDALE            FL   33301

63-607
670

J043 1

07434271

PAY TO THE ORDER OF

O.   DAY  YR.
4 10 88  UNUM        PORTLAND MAINE

| DOLLARS | CENTS |
|---|---|
| $70 | 38 |

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆06700607⑆ 4062029839⑈ _      ⑈000000 7038⑈

---

SUN BANK/SOUTH FLORIDA, N•A•
25 S ANDREWS AVE
FORT LAUDERDALE            FL   33301

63-607
670

J043 1

07577595

PAY TO THE ORDER OF

O.   DAY  YR.
  10 88  UNUM        PORTLAND MAINE

| DOLLARS | CENTS |
|---|---|
| $70 | 38 |

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆06700607⑆ 4062029839⑈ _      ⑈000000 7038⑈

---

SUN BANK/SOUTH FLORIDA, N•A•
25 S ANDREWS AVE
FORT LAUDERDALE            FL   33301

63-607
670

J043 1

08154169

PAY TO THE ORDER OF

  DAY  YR.
  10 88  UNUM        PORTLAND MAINE

| DOLLARS | CENTS |
|---|---|
| $70 | 38 |

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENT IS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.



AP 8
CONN. NATIONAL
P.E.G.
011000445

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENT IS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

MY 8P 12
WIS D.O.
PROCESS

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

JE 88 14
S.S.C.O.
PROCESSED



SUN BANK/SOUTH FLORIDA, N.A.          63-607
25 S ANDREWS AVE                       670
FORT LAUDERDALE              FL    33301

J043 1                                          08467375

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| MO. DAY YR. | | |
| 07 10 88 UNUM    PORTLAND MAINE | $70 | 38 |

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ ⑈406 20 29839⑈   ⑈0000007038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.          63-607
25 S ANDREWS AVE                       670
FORT LAUDERDALE              FL    33301

J043 1                                          07723271

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| MO. DAY YR. | | |
| 08 10 88 UNUM    PORTLAND MAINE | $70 | 38 |

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ ⑈406 20 29839⑈   ⑈0000007038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.          63-607
25 S ANDREWS AVE                       670
FORT LAUDERDALE              FL    33301

J043 1                                          07986003

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| MO. DAY YR. | | |
| 9 10 88 UNUM    PORTLAND MAINE | $70 | 38 |

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.



CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.



SUN BANK/SOUTH FLORIDA, N.A.
25 S ANDREWS AVE
FORT LAUDERDALE          FL   33301

63-607
670

043 1

08595487

DAY  YR.
10 88 UNUM

PAY TO THE ORDER OF

PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70 | 38 |

CHARGE TO:
MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ 4062029839⑈ __      ⑈0000007038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.
25 S ANDREWS AVE
FORT LAUDERDALE          FL   33301

63-607
670

43 1

08704445

DAY  YR.
10 88 UNUM

PAY TO THE ORDER OF

PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70 | 38 |

CHARGE TO:
MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ 4062029839⑈ __      ⑈0000007038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.
25 S ANDREWS AVE
FORT LAUDERDALE          FL   33301

63-607
670

043 1

08983049

DAY  YR.
10 88 UNUM

PAY TO THE ORDER OF

PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70 | 38 |

CHARGE TO:
MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.



CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.





CNB
150 WINDSOR
HTFD., CT.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

JE '88 13
011900445
011900445

SUN BANK/SOUTH FLORIDA, N.A.
25 S ANDREWS AVE
FORT LAUDERDALE                  FL   33301
                                                            63-607
                                                             670
J043 1                                                      09223587

PAY TO THE ORDER OF                           DOLLARS | CENTS

O.   DAY  YR.                                          $70 | 38
1 10 89 UNUM        PORTLAND MAINE

CHARGE TO
                        MELVYN D TAYLOR
        UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ 4062029839⑈ ⑆000000 7038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.
25 S ANDREWS AVE
FORT LAUDERDALE                  FL   33301
                                                            63-607
                                                             670
J043 1                                                      09372133

PAY TO THE ORDER OF                           DOLLARS | CENTS

   DAY  YR.                                            $70 | 38
⊆ 10 89 UNUM        PORTLAND MAINE

CHARGE TO
                        MELVYN D TAYLOR
        UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ 4062029839⑈ ⑆000000 7038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.
25 S ANDREWS AVE
FORT LAUDERDALE                  FL   33301
                                                            63-607
                                                             670
J043 1                                                      09734735

PAY TO THE ORDER OF                           DOLLARS | CENTS

).   DAY  YR.                                          $70 | 38
3 10 89 UNUM        PORTLAND MAINE

CHARGE TO
                        MELVYN D TAYLOR
        UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

1900445
0019000

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

MR '89 13
S.S.C.B.
PROCESSED

MR '89
CNB
150 WINDSOR
HTFD., CT.
0445



SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE                    FL    33301

63-607
670

11033973

PAY TO THE ORDER OF

| DOLLARS | CENTS |
|---|---|
| $70 | 38 |

10 99  UNUM        PORTLAND MAINE

CHARGE TO:
MELVYN D TAYLOR

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 4062029839⑊  _      ⑊000000 7038⑊

---

SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE                    FL    33301

63-607
670

11122791

PAY TO THE ORDER OF

| DOLLARS | CENTS |
|---|---|
| $70 | 38 |

10 99  UNUM        PORTLAND MAINE

CHARGE TO:
MELVYN D TAYLOR

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 4062029839⑊  _      ⑊000000 7038⑊

---

SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE                    FL    33301

63-607
670

11428243

PAY TO THE ORDER OF

| DOLLARS | CENTS |
|---|---|
| $70 | 38 |

1 10 99 UNUM        PORTLAND MAINE

CHARGE TO:
MELVYN D TAYLOR

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

NO 89 14
011800445.
011006110

NO 89 13
CNB
150 WINDSOR
HTFD., CT.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.



DE 89 14
011800445
011006110

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

JA 90 11
011800445
011006110

JA 90 10
CNB
150 WINDSOR
HTFD., CT.

SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL   33301

63-607
670

J043 1

11546537

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| | $70 | 38 |

MO.  DAY  YR.

02 10 90 UNUM          PORTLAND MAINE

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ 406 20 29839⑈ _        ⑈000000 7038⑆

---

SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL   33301

63-607
670

J043 1

11618479

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| | $70 | 38 |

MO.  DAY  YR.

03 10 90 UNUM          PORTLAND MAINE

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ 406 20 29839⑈ _        ⑈000000 7038⑆

---

SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL   33301

63-607
670

J043 1

11790575

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| | $70 | 38 |

MO.  DAY  YR.

+ 10 90 UNUM          PORTLAND MAINE

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ 406 20 29839⑈ _        ⑈000000 7038⑆

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.



FB 90 16 16
0119900445
PROCESSED

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

MP 90
150 WINDSOR
HARTFORD

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

AP 90 12   0119900445   04/11/90
           CNB  150 WINDSOR ST.
           HARTFORD, CT. 06120
S.S.CO.
PROCESSED   08561661



66000581
05/14/90

77365792

011900445  05/11/90
CNB  150 WINDSOR ST.
HARTFORD, CT.  06120

08422170

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

JE 90 15
011900445
011900445

011900445  06/14/90
CNB  150 WINDSOR ST.
HARTFORD, CT.  06120

08106909

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

JY 90 13
011900445
011900445

JY 90 12
CNB
150 WINDSOR
HTFD., CT.

011900445

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL  33301

63-607
670

3 1

12698287

DAY  YR.

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| | $70 | 38 |

0  90  UNUM          PORTLAND MAINE

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ 4062029839⑈ _        ⑈000000 7038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL  33301

63-607
670

043 1

12794199

DAY  YR.

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| | $70 | 38 |

10  90  UNUM          PORTLAND MAINE

CHARGE TO:

MELVYN D TAYLOR

UA      7038

134474623 3002 3002 04 10-15-90

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ 4062029839⑈ _        ⑈000000 7038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL  33301

63-607
670

043 1

12979549

DAY  YR.

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| | $70 | 38 |

10  90  UNUM          PORTLAND MAINE

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ 4062029839⑈        ⑈000000 7038⑈









SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL   33301

13189035

PAY TO THE ORDER OF

| DOLLARS | CENTS |
|---------|-------|

CHARGE TO:

MELVYN D TAYLOR

UA       7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 4062029839⑈            ⑈0000007038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.          63-607
501 E LAST OLAS BLVD                   670
FORT LAUDERDALE          FL   33301

J043 1

13267325

PAY TO THE ORDER OF

MO.  DAY YR.
01 10 91 UNUM        PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70     | 38    |

CHARGE TO:
MELVYN D TAYLOR

UA       7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 4062029839⑈            ⑈0000007038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.          63-607
501 E LAST OLAS BLVD                   670
FORT LAUDERDALE          FL   33301

J043 1

13577647

PAY TO THE ORDER OF

DAY YR.
10 91 UNUM        PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70     | 38    |

CHARGE TO:
MELVYN D TAYLOR

UA       7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

DEE '90 13
015000045
6490004451

DE '90 12
∨ 0119
00445 ∨
CNB
150 WINDSOR
HTFD., CT.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

0660-0010-9
126680731 01-14-91

JA '91 14
S.S.C.O.
PROCESSED

JA '91 11
∨ 0119
00445 ∨
CNB
150 WINDSOR
HTFD., CT.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.





FB '91 14
S.S.C.O.
PROCESSED

FB '91 13
∨ 0119
00445 ∨
CNB
150 WINDSOR
HTFD., CT.

SUN BANK/SOUTH FLORIDA, N.A.      63-607
501 E LAST OLAS BLVD                  670
FORT LAUDERDALE          FL   33301

J043 1                                         13562355

| PAY TO THE ORDER OF | DOLLARS | CENTS |
|---|---|---|

DAY  YR.
10  91  UNUM          PORTLAND MAINE        $70   38

CHARGE TO:
MELVYN D TAYLOR

UA        7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑊067006076⑊ 406 20 29839⑊ __    ⑊0000007038⑊

---

SUN BANK/SOUTH FLORIDA, N.A.      63-607
501 E LAST OLAS BLVD                  670
FORT LAUDERDALE          FL   33301

J043 1                                         13449215

| PAY TO THE ORDER OF | DOLLARS | CENTS |
|---|---|---|

DAY  YR.
10  91  UNUM          PORTLAND MAINE        $70   38

CHARGE TO:
MELVYN D TAYLOR

UA        7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑊067006076⑊ 406 20 29839⑊ __    ⑊0000007038⑊

---

SUN BANK/SOUTH FLORIDA, N.A.      63-607
501 E LAST OLAS BLVD                  670
FORT LAUDERDALE          FL   33301

J043 1                                         13948115

| PAY TO THE ORDER OF | DOLLARS | CENTS |
|---|---|---|

DAY  YR.
5 10  91  UNUM          PORTLAND MAINE        $70   38

121556457 2010 CHARGE TO 04 05-13-91
CHARGE TO
MELVYN D TAYLOR

UA        7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

MR '91 13
S.S.C.O.
PROCESSED

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

04/12/91
0119000445
0119000445
00349947

CNB
150 WINDSOR
HTFD., CT.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

MY '91 13
S.S.C.O.
PROCESSED

CNB
150 WINDSOR
HTFD., CT.

UN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL   33301

63-607
670

.3 1

14201343

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| | $70 | 3ᵃ |

DAY  YR.

.0 91 UNUM          PORTLAND MAINE

CHARGE TO:

MELVYN D TAYLOᴿ

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ ⑈06202983⑆    _       ⑈0000007038⑈⑉


SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL   33301

63-607
670

J043 1

14536449

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| | $70 | 38 |

DAY  YR.

7 10 91 UNUM          PORTLAND MAINE

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆067006076⑆ ⑈06202983⑆    _       ⑈0000007038⑈⑉


SUN BANK/SOUTH FLORIDA, N.A.
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL   33301

63-607
670

J043 1

14318021

PAY TO THE ORDER OF

| | DOLLARS | CENTS |
|---|---|---|
| | $70 | 38 |

DAY YR.

8 10 91 UNUM          PORTLAND MAINE

CHARGE TO:

MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

JE '91' 13
S.S.C.O.
PROCESSED

JE '91' 12
CNB
150 WINDSOR
HTFD., CT.

> 0119
00440 <
> 0119
00440 <

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.



JY '91' 12
S.S.C.O.
PROCESSED

JY '91' 11
CNB
150 WINDSOR
HTFD., CT.

> 0119
00445 <
> 0119
00445 <

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

AAG '91' 13
08 S.S.C.O.
SP PROCESSED

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

SUN BANK/SOUTH FLORIDA, N•A•
501 E LAST OLAS BLVD
FORT LAUDERDALE        FL   33301

63-607
670

43 2

14300449

DAY  YR.
10  91   UNUM

PAY TO THE ORDER OF

PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70     | 38    |

CHARGE TO:
MELVYN D TAYLOR

UA        7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ ⑉06 20 2983 9⑊      ⑊"000000 7038⑊

---

SUN BANK/SOUTH FLORIDA, N•A•
501 E LAST OLAS BLVD
FORT LAUDERDALE        FL   33301

63-607
670

043 2

14333309

DAY  YR.
10  91   UNUM

PAY TO THE ORDER OF

PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70     | 38    |

CHARGE TO:
MELVYN D TAYLOR

UA        7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ ⑉06 20 2983 9⑊      ⑊"000000 7038⑊

---

SUN BANK/SOUTH FLORIDA, N•A•
501 E LAST OLAS BLVD
FORT LAUDERDALE        FL   33301

63-607
670

043 2

14734107

DAY  YR.
10  91   UNUM

PAY TO THE ORDER OF

PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70     | 38    |

CHARGE TO:
MELVYN D TAYLOR

UA        7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

011900445
011900445

CNB
150 WINDSOR
HTFD., CT.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

011900445
011900445

CNB
150 WINDSOR
HTFD., CT.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.



011900445
PROCESSED



CNB
150 WINDSOR
HTFD., CT.

SUN BANK/SOUTH FLORIDA, N•A•    63-607
501 E LAST OLAS BLVD             670
FORT LAUDERDALE        FL   33301

LJ043 2                         14614335

| MO. | DAY | YR. | | PAY TO THE ORDER OF | DOLLARS | CENTS |
|-----|-----|-----|--------|---------|---------|-------|
| 12 | 10 | 91 | UNUM | PORTLAND MAINE | $70 | 38 |

CHARGE TO:
MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 4062029839⑈      ⑈0000007038⑈

---

SUN BANK/SOUTH FLORIDA, N•A•    63-607
501 E LAST OLAS BLVD             670
FORT LAUDERDALE        FL   33301

LJ043 2                         14641269

| MO. | DAY | YR. | | PAY TO THE ORDER OF | DOLLARS | CENTS |
|-----|-----|-----|--------|---------|---------|-------|
| 01 | 10 | 92 | UNUM | PORTLAND MAINE | $70 | 38 |

CHARGE TO:
MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 4062029839⑈      ⑈0000007038⑈

---

SUN BANK/SOUTH FLORIDA, N•A•    63-607
501 E LAST OLAS BLVD             670
FORT LAUDERDALE        FL   33301

LJ043 2                         15272753

| MO. | DAY | YR. | | PAY TO THE ORDER OF | DOLLARS | CENTS |
|-----|-----|-----|--------|---------|---------|-------|
| 02 | 10 | 92 | UNUM | PORTLAND MAINE | $70 | 38 |

CHARGE TO:
MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR




CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.



CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.




CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

SUN BANK/SOUTH FLORIDA, N•A•
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL    33301

63=607
670

LJ043 2

15173009

| MO. DAY YR. | PAY TO THE ORDER OF | DOLLARS | CENTS |
|---|---|---|---|
| 03 10 92 UNUM | PORTLAND MAINE | $70 | 38 |

CHARGE TO:

MELVYN D TAYLOR

UA       7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 4062029839⑊ _   ⑊0000007038⑈

SUN BANK/SOUTH FLORIDA, N•A•
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL    33301

63=607
670

LJ043 2

15059005

| MO. DAY YR. | PAY TO THE ORDER OF | DOLLARS | CENTS |
|---|---|---|---|
| 04 10 92 UNUM | PORTLAND MAINE | $70 | 38 |

CHARGE TO:

MELVYN D TAYLOR

UA       7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑈067006076⑈ 4062029839⑊ _   ⑊0000007038⑈

SUN BANK/SOUTH FLORIDA, N•A•
501 E LAST OLAS BLVD
FORT LAUDERDALE          FL    33301

63=607
670

LJ043 2

15233621

| MO. DAY YR. | PAY TO THE ORDER OF | DOLLARS | CENTS |
|---|---|---|---|
| 05 10 92 UNUM | PORTLAND MAINE | $70 | 38 |

CHARGE TO:

MELVYN D TAYLOR

UA       7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

CREDIT TO THE AC...
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

MR '92 12
0119004445
0110008445
MR '92 12
STSCM
ROCESSED

MR '92 11
CNB
150 WINDSOR
HTFD., CT.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

AP '92 13
STSCM
ROCFSSED

AP '92 10
CNB
150 WINDSOR
HTFD., CT.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

MY '92 13
0119004445
0119004445

MY '92 12
1900445
0110004/

SUN BANK/SOUTH FLORIDA, N.A.          63-607
501 E LAST OLAS BLVD                    670
FORT LAUDERDALE              FL   33301

J043 2                                  15678725

PAY TO THE ORDER OF

PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70 | 38 |

DAY  YR.
06 10 92 UNUM

CHARGE TO:
MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆06700607⑆: 406 20 29839⑈      ⑈000000 7038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.          63-607
501 E LAST OLAS BLVD                    670
FORT LAUDERDALE              FL   33301

J043 2                                  15593057

PAY TO THE ORDER OF

PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70 | 38 |

DAY  YR.
7 10 92 UNUM

135427002 0525  CHARGE TO 08 07-13-92
MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

⑆06700607⑆: 406 20 29839⑈      ⑈000000 7038⑈

---

SUN BANK/SOUTH FLORIDA, N.A.          63-607
501 E LAST OLAS BLVD                    670
FORT LAUDERDALE              FL   33301

J043 2                                  16093483

PAY TO THE ORDER OF

PORTLAND MAINE

| DOLLARS | CENTS |
|---------|-------|
| $70 | 38 |

DAY  YR.
10 92 UNUM

CHARGE TO:
MELVYN D TAYLOR

UA      7038

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

JE '92 11
ST.......
OCF.......

V 0116
V 0045

JE '92 13
CNB
150 WINDSOR
HTFD., CT.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

0680-0010-9
139472003  07-13-92

JY '92 13
.TSCM
OCESSED

JY '92 13
CNB
150 WINDSOR
HTFD., CT.

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENTS GUARANTEED
CONNECTICUT NATIONAL BANK
HARTFORD, CONN.

AG '92 13
11900445
0118006



CNB
150 WINDSOR
HTFD., CT.