UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBERS LISTED BELOW



## CLERK'S ORDER OF REASSIGNMENT

Pursuant to Section 2.06.00 of the Court Policy Manual, the following civil cases from the docket of Chief Judge Edward B. Davis have been randomly reassigned to **Judge William P. Dimitrouleas**. All papers submitted for filing shall bear the respective case number below followed by the surname **DIMITROULEAS**, thereby indicating the Judge to whom all future documents should be routed:

| | |
|---|---|
| 97-7083 | Pannu, et al v. Storz Instruments |
| 98-7289 | Monaco v. United States |
| 98-7496 | Goldstein v. A. Lawer Corp. |
| 99-3036 | National Satellite v. Rio Verde Cafeteria |
| 99-6953 | Clotan v. Whole Foods Market |
| 99-6954 | Clotan v. Whole Foods Market |
| 99-7237 | Lef/Springsgate v. Regal Cinemas, Inc. |
| 99-7668 | Rothenberg v. Provident Life Insurance |
| 00-0149 | Inter-Ocean Corp. v. Urunaga |
| 00-1759 | Huerta v. United States |
| 00-6088 | Shotz v. Broward Sheriff's Office |
| ✓00-6208 | Taylor v. Provident |
| 00-6306 | Paduano, et al v. Carlson |
| 00-6450 | Home 123 Corp. v. World Marketing |
| 00-6550 | LembV, L.P. v. U.S. - SBA |

Dated at Miami, in the Southern District of Florida, this 14th day of June, 2000.

CLARENCE MADDOX
Clerk of Court

By: _____
Deputy Clerk

c:  Chief Judge Edward B. Davis
    Judge William P. Dimitrouleas
    Magistrate Judge
    All Counsel of Record
    Lucy Lara, Case Assignment Administrator

