**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT

RECEIVED

JUL 21 2000

CIRCUIT CIVIL

July 18, 2000

ATTN: Liz Cunningham, Manager, Civil Division
Clerk of the Circuit and County Courts
230 Broward County Courthouse
201 S.E. 6th Street
Fort Lauderdale, FL 33301

RE:  Our case No.: 00-6208-CIV-Dimitrouleas
     Your case No.: CL-00-00445

Dear Sir:

Enclosed please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: _L. Stuit_
Deputy Clerk

Enclosures

```
CLERK'S ACKNOWLEDGMENT OF RECEIPT

of:    Certified Copy of Order of
Remand

is hereby acknowledged. This case has
been assigned our case number:
_____

by:_____, Deputy
Clerk

on:_____
```

| ☐301 N. Miami Avenue | ☐299 E. Broward Boulevard | ☐701 Clematis Street | ☐301 Simonton Street | ☐300 S. Sixth Street |
|---|---|---|---|---|
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | (561) 595-9691 |
| (305) 523-5100 | (954) 769-5400 | (561) 803-3400 | (305) 295-8100 | |

